# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NICOLE HINSON, Individually and as Next Friend of C.H., a Minor; and CAMERON HINSON, Texas residents, <br><br> Plaintiffs <br><br> v. <br><br> DOREL JUVENILE GROUP, INC., a Massachusetts corporation, <br><br> Defendant. | Case No. 2:15-cv-00713 |

## ORDER GRANTING DOREL JUVENILE GROUP, INC. 'S MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD PARTIES

On this day the Court considered Defendant Dorel Juvenile Group, Inc.'s Motion for Leave to Designate Responsible Third Parties. The Court, after reviewing the pleading and attachments, finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Dorel Juvenile Group, Inc.'s Motion for Leave to Designate Responsible Third Parties is GRANTED.

**SIGNED this 30th day of December, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE