

Jeffrey T. Embry
Board Certified-Personal Injury Trial Law
Email:  jeff@hossleyembry.com

March 16, 2016

<u>*Via Electronic Filing*</u>
United States District Court
Eastern District of Texas – Marshall Division
100 East Houston Street
Room 125
Marshall, Texas 75670

      RE: Civil Action No. 2:15-cv-713; *Nicole Hinson, et al. v Dorel Juvenile Group, Inc.*

Dear Sir or Madam:

 Please let this letter serve as notice that I am designating the following days as my vacation days in 2016:

  Saturday, July 2, 2016 through Saturday July 9, 2016

 I respectfully request that no matters be scheduled before the Court on the above dates. I have notified all counsel of record of my dates scheduled for vacation as well.  Thank you for your consideration in this matter.

         Very truly yours,

         Jeffrey T. Embry

/kbh

cc: All known counsel of record