**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Nicole Hinson, Individually and as Next Friend of C.H. and Cameron Hinson | § § § | |
| vs. | § § | CIVIL ACTION NO:2:15-cv-00713-jrg-rsp |
| Dorel Juvenile Group, Inc. | § | |

## MEDIATOR'S REPORT TO THE COURT

A mediation conference was held in Tyler, Texas on April 11, 2016. All parties were present and participated. I am reporting to the court that at the time of mediation this matter **did not settle**.

Signed this 11th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard Grainger*
　　　　　　　　　　　　　　　　　　　　　　Richard Grainger, Mediator
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 08286000
　　　　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF RICHARD GRAINGER**
　　　　　　　　　　　　　　　　　　　　　　P. O. Box 491
　　　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75710
　　　　　　　　　　　　　　　　　　　　　　903.595.3514
　　　　　　　　　　　　　　　　　　　　　　903.595.5360 fax
　　　　　　　　　　　　　　　　　　　　　　e-mail: graingerpc@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 11th day of April 2016. Any other counsel of record will be served by facsimile transmission and/or first class mail.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard Grainger*
　　　　　　　　　　　　　　　　　　　　　　Richard Grainger