**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NICOLE HINSON, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:15-CV-713-JRG-RSP |
| | § | |
| DOREL JUVENILE GROUP, INC. | § | |

**Motions Hearing
MAG. JUDGE ROY PAYNE PRESIDING
April 27, 2016**

**OPEN:** 1:30 pm                                           **ADJOURN:** 3:20 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jeff Embry |
| ATTORNEY FOR DEFENDANTS: | Tony Avey |
| | Jonathan Judge |
| LAW CLERK: | Alden Harris |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Jeff Embry announced ready. Tony Avey and Jonathan Judge announced ready.

The Court heard argument on Defendant's Motion to Examine Minor Plaintiff C.H. (Dkt. No. 29). Tony Avey argued for Defendant. Jeff Embry responded.

Mr. Embry presented argument on Plaintiff's First Motion to Compel (Dkt. No. 31). Jonathan Judge responded.

For the reasons orally assigned, the motions were granted in part and denied in part.

Court adjourned.