## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NICOLE HINSON, Individually and as Next Friend of C.H., a Minor; and CAMERON HINSON, Texas residents, </br></br>Plaintiffs </br></br> v. </br></br> DOREL JUVENILE GROUP, INC., a Massachusetts corporation, </br></br> Defendant. | Case No. 2:15-cv-00713 |

## NOTICE OF DISCOVERY DISCLOSURE

In accordance with the Court's Docket Control Order, Defendant served its Trial Witness List on Plaintiffs' counsel of record on April 29, 2016 via electronic mail.

Respectfully submitted,

/s/ Matthew G. Schiltz
Anthony A. Avey (Attorney-in-Charge)
AVEY & ASSOCIATES, PLLC
Texas State Bar No. 00790250
14255 Blanco Road
San Antonio, Texas 78216
Telephone: (210) 308-6600
Facsimile: (210) 308-6939
tavey@aveylaw.com

Jonathan Judge (pro hac vice)
Matthew G. Schiltz (pro hac vice)
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
jjudge@schiffhardin.com
mschiltz@schiffhardin.com

**ATTORNEYS FOR DEFENDANT
DOREL JUVENILE GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be filed on April 29, 2016, with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing and a link to a copy of the document to all attorneys of record.

/s/ Matthew G. Schiltz
Matthew G. Schiltz