**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HINSON ET AL., | § § § § § | |
| *Plaintiffs*, | § | Case No. 2:15-cv-713-JRG-RSP |
| v. | § § § | |
| DOREL JUVENILE GROUP, INC., | § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is the Joint Proposed Juror Questionnaire submitted by the Parties. The Court has reviewed the Parties' proposed Juror Questionnaire. The Court observes that there is one other matter, Civil Action No. 2:15-cv-1222, *Baylor v. Mehmedovic et al.*, which is set for jury selection on the same day. The Court observes that all of the questionnaires would be sent to the same panel members, and thus, should be consolidated into a single questionnaire. The Court has consolidated the questionnaires for both matters.

The Court hereby **ORDERS** the following:

- The consolidated questionnaire that will be sent to the panel members is attached.

- The Parties are **ORDERED** to coordinate with Deputy-in-Charge Mel Martin such that all **seventy (70)** necessary (single-sided) copies of the consolidated questionnaire are provided to her by **Tuesday, May 3, 2016 at noon CT**, so that the questionnaires can be served on panel members when they are summoned.

**So ORDERED and SIGNED this 3rd day of May, 2016.**

RODNEY  GILSTRAP  
UNITED STATES DISTRICT JUDGE

## JUROR QUESTIONNAIRE
### Instructions

Dear Prospective Juror:

An important part of any trial is the jury selection process. During jury selection, the judge and the lawyers for the parties will ask all of the prospective jurors questions. These questions are necessary to ensure that those selected to serve on the jury are representative of our community at large, and can be fair and impartial judges of the facts. Giving complete and candid answers on this questionnaire and during jury selection is an important step for ensuring a fair and impartial trial, and is one of your important duties as a prospective juror.

What follows is a brief questionnaire. Please answer each question as completely and accurately as you reasonably can. Your answers will help reduce the amount of time needed to complete the jury selection process. If there is not sufficient space provided for you to complete your answer, please use the blank space on this page to complete your answer. The information provided by you will be treated as confidential and used only for purposes of jury selection in this case.

If you feel that any question requires an answer which is too sensitive, personal or private to be discussed in open court, simply write "PRIVATE" in the left margin next to your answer and the questioning on that topic will be held in private, out of the presence of the other prospective jurors.

Please do not discuss either the questions or your answers with anyone, not even your family or friends. If you do not understand a particular question, please write "I DO NOT UNDERSTAND" next to the question and it will be explained to you in Court.

Keep in mind there are no "right" or "wrong" answers, only complete and incomplete answers. Complete answers are far more helpful than incomplete answers because they make additional questioning unnecessary. Therefore, they shorten the time it takes to select a jury.

We thank you for your cooperation and your service as a prospective juror.

**CONFIDENTIAL JUROR QUESTIONNAIRE**

Name: _____    Age: _____    Sex: □ Male □ Female

1. What is your address? _____

2. Do you own or rent?  □ Own  □ Rent  □ Live with Relatives    Years at current address? _____

3. What is the last level of education you completed? □ Less than High School □ Some High School
   □ High School/GED □ Some College/Technical □ Technical/Vocational School □ College □ Advanced Degree.
   Please list any degrees you have from college, technical/vocational, or graduate school and also list where you got the degree(s) and in what field of study: _____
   _____

4. What is your current job status? (Check all that apply): □ Full-time □ Part Time □ Self-employed □ Homemaker
   □ Unemployed □ Disabled □ Retired □ Student □ Other: _____

5. Please list your employment history for your three most recent jobs
   Dates            Employer                 Job Description
   _____
   _____
   _____

6. Have you or someone close to you been laid off recently? □ Yes □ No   If yes, please describe: _____
   _____

7. Have you or your spouse ever owned your own business? □ Yes □ No   If yes, please describe: _____
   _____

8. What is your marital status? □ Single □ Married □ Divorced □ Widowed/Widower

9. Spouse's Name: _____   Spouse's Employer: _____
   Spouse's job description: _____

10. If you have any children, please list their names/ages: _____

11. If you have any grandchildren, please list their names/ages: _____

12. What 3 words would you use to describe yourself? _____

13. What is your main source of news?    □ Newspaper    □ Radio    □ TV    □ Internet    □ Friends and family

14. Please list any unions, churches, clubs, groups, fellowships, or political organizations to which you belong, as well as leadership positions you have held there: _____
    _____

15. If you or your spouse served in the military, please list branch/service dates: _____

16. Please list your favorite leisure time activities: _____

17. Have you or an immediate family member:    Ever sued someone? □ Yes □ No    Ever been sued? □ Yes □ No
    Ever been a witness in court, except in a case involving family law? □ Yes □ No
    If yes to any of the above, please describe what kind of lawsuit and what the result was: _____
    _____

18. Please indicate your level of trust in government agencies: [check one]
    □ A great deal of trust    □ A fair amount of trust    □ A slight amount of trust    □ No trust at all

19. Have you ever wanted to file a lawsuit but did not for some reason? □ Yes □ No
    If yes, please explain: _____

20. Have you previously served on a jury? □ Yes □ No    If Yes, were you a foreperson? □ Yes □ No

21. Do you have any feelings, positive or negative, about consumer product manufacturers? ☐ Yes ☐ No
    Please explain: _____

22. Do you have particular feelings, positive or negative, towards big companies? ☐ Yes ☐ No
    If yes, please explain: _____

23. If the law requires that individuals and companies must be treated equally, would you be able to follow the law?
    ☐ Yes ☐ No    If no, please explain: _____

24. What do you think of the number of lawsuits filed in recent years?
    ☐ Much too high    ☐ Somewhat high    ☐ About right    ☐ Somewhat low    ☐ Much too low    ☐ Not sure

25. How do you feel about the amount of money damages awarded in lawsuits today?
    ☐ Much too high    ☐ Somewhat high    ☐ About right    ☐ Somewhat low    ☐ Much too low    ☐ Not sure

26. Do you have any special training, education, or experience in the following areas? [Check all that apply]

    ☐ Auto Maintenance    ☐ Construction/Carpentry    ☐ Chemicals    ☐ Environmental    ☐ Healthcare    ☐ Insurance
    ☐ Law/Legal    ☐ Manufacturing    ☐ Social Work/Mental Health    ☐ Electrician    ☐ Police/Fire/Emergency
    ☐ State Agency/ Regulatory/OSHA    ☐ Community Activist    ☐ Accident Reconstruction    ☐ Design /Engineering
    ☐ Community Activist    ☐ Sales
    Please explain: _____

27. Have you or someone close to you suffered from a short-term or long-term disability? ☐ Yes ☐ No
    If yes, please explain: _____

28. Have you ever cared for someone who suffered from a significant disability or terminal illness? ☐ Yes ☐ No
    If yes, please explain: _____

29. Have you or someone close to you been in a car accident in which someone was injured? ☐ Yes ☐ No
    If yes, please explain: _____

30. Have you ever purchased or used a child car seat? ☐ Yes ☐ No
    If yes, describe the type(s)/brand(s) of seat and the dates of use: _____

31. Have you or someone close to you ever used a child car seat that was rear-facing with a child over one year of age?
    ☐ Yes ☐ No

32. Do you think child car seats should protect the rider in all accidents, no matter the circumstances? ☐ Yes ☐ No

33. Is there any reason it would be difficult for you to be a juror in a case involving injuries to a child? ☐ Yes ☐ No
    If yes, please explain: _____

34. Are you or anyone in your family a member of Texans for Lawsuit Reform or any other group that wants to change laws about lawsuits? ☐ Yes ☐ No    If yes, please explain: _____

35. In our country when a person has been injured because of the negligence of someone else, in most instances, money is the only form of compensation that a person can seek under our system of justice. Do you think that is a good system?
    ☐ Yes ☐ No    If yes, please explain: _____

Your Signature: _____    Date signed: _____