**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NICOLE HINSON, Individually and as Next Friend of C.H., a Minor; and CAMERON HINSON, Texas residents, <br><br>Plaintiffs <br><br>v. <br><br>DOREL JUVENILE GROUP, INC., a Massachusetts corporation, <br><br>Defendant. | Case No. 2:15-cv-00713 |

**DOREL JUVENILE GROUP, INC.'S CERTIFICATES OF CONFERENCE AND AUTHORIZATION TO FILE UNDER SEAL FOR SEALED MOTIONS TO EXCLUDE DR. ATHUR JOYCE [Doc. No. 61, DR. DAVID J. ALTMAN [Doc. 64], AND BRAIN INJURY RELATED OPINIONS OF DR. AMY MACKINZIE, DR. RALPH SCOTT AND DR. RODNEY ISOM [Doc. No. 65]**

I.

**CERTIFCATE OF CONFERENCE**

I hereby certify that I conferred with Plaintiffs' counsel regarding the relief requested in the above referenced Sealed Motions and they OPPOSE the relief requested in said Motions.

: */s/ Anthony A. Avey*
Anthony A. Avey

II.

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I hereby certify that a separate motion to seal the Sealed Motions to Exclude Doc. Nos. 61, 64, 65 has been filed with the Court pursuant to the Local Rules.

/s/ *Anthony A. Avey*
Anthony A. Avey

-2-

        Respectfully submitted,

/s/     Anthony A. Avey
Anthony A. Avey
AVEY & ASSOCIATES, PLLC
Texas State bar No. 00790250
14255 Blanco Road
San Antonio, Texas 78216
Telephone: (210) 308-6600
Facsimile: (210) 308-6939
tavey@aveylaw.com

**ATTORNEYS FOR DEFENDANT**
**DOREL JUVENILE GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2016, I electronically filed the above referenced document with the Clerk of Court using the CM/ECF and a copy of the foregoing document was forwarded to all counsel of record.

/s/  *Anthony A. Avey*
Anthony A. Avey