Exhibit G

121134 gwin.lisa p. DO BSEE Huseby 050616

2

```
 1              UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TEXAS
 2                   MARSHALL DIVISION

 3

 4    NICOLE HINSON, Individually*
      and as Next Friend of C.H.,*
 5    a Minor; and CAMERON       *
      HINSON, Texas residents,   *
 6            Plaintiff          *
                                 * Case No.
 7    VS.                        *  2:15-cv-713-JRG-RSP
                                 *
 8    DOREL JUVENILE GROUP, INC.,* Jury Demand
      a Massachusetts corporation*
 9            Defendants         *

10

11              * * * * * * * * * * * *
                   ORAL/VIDEO DEPOSITION
12                          OF
                    LISA P. GWIN, DO, BSEE
13                     MAY 6, 2016
                * * * * * * * * * * * *
14

15       ORAL/VIDEO DEPOSITION OF LISA P. GWIN, DO,

16    BSEE, produced as a witness at the instance of the

17    Plaintiff, and duly sworn, was taken in the

18    above-styled and numbered cause on the May 6 of,

19    2016, from 1:00 p.m. to 3:55 p.m., before RHONDA

20    HOWARD, CSR in and for the State of Texas, reported

21    by machine shorthand, at the offices of Avey and

22    Associates, 14255 Blanco Road, San Antonio, Texas,

23    pursuant to the Texas Rules of Civil Procedure and

24    the provisions stated on the record or attached

25    hereto.
```

121134 gwin.lisa p. DO BSEE   Huseby 050616
                                                             122

1   on the head or soft tissue stranding or any sort of
2   swelling.
3        Q    Okay.  And is the stranding something that
4   is -- is actually not visible to the eye, but is
5   actually, you know, one of the reasons why you use
6   that test?
7        A    Sometimes it's visible to the eye.  So if
8   you have a bruise that you can see on the skin, it
9   will almost certainly show up on the CAT scan as
10  soft tissue stranding or subcutaneous edema.
11            However, there are times that nothing is
12  visible on the skin, but we can still see it on the
13  CAT scan.
14       Q    And then you were discussing the delay in
15  getting C.H. back to the hospital.  And I think
16  you were discussing that in general with Ms. Adams
17  earlier.  But I don't know if you told us what the
18  consequences of such a delay were or could have
19  been.
20       A    Well, the neurosurgeons who saw C.H. at
21  Children's Hospital four days after the injury,
22  after the wreck, indicated that because there had
23  been that delayed presentation or the -- the
24  symptoms had been going on for so long that there
25  was no role for them to use steroids, a particular

Page 122

121134 gwin.lisa p. DO BSEE   Huseby 050616

123

1  kind of drug that reduces inflammation and swelling.
2  And so, you know, they -- they thought about using
3  steroids and oftentimes steroids be used in spinal
4  cord injuries to reduce swelling to see if maybe we
5  can turn the process around and -- and regain some
6  or all motor sensory function below the level of the
7  injury.  But they made a note that because of the
8  delay, they weren't able to use steroids.
9          So we don't know for sure if it would have
10 changed anything, but it certainly was something
11 that the -- the experts in that field were
12 considering.
13     Q    Okay.  And then finally, you mentioned
14 with regard to this discussion of -- I guess the
15 hypothetical of -- of turning the seat around and
16 leaving everything -- all the other facts the same,
17 you mentioned that that recently came up or was
18 brought up, something to that effect.  Where was
19 that?
20     A    Well, it -- so it -- in general, we can,
21 you know, try to think of everything -- every
22 hypothetical that someone would present to us and
23 put it in our report, but our reports would never
24 get done and they'd be super long.  So, you
25 know, that's why I didn't address anything like that