UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NICOLE HINSON, Individually and as Next Friend of C.H., a Minor; and CAMERON HINSON, Texas residents, §§§§ | |
| Plaintiffs § | Cause No. 2:15-CV-713-JRG-RSP |
| v. §§ | |
| § | Jury Demand |
| DOREL JUVENILE GROUP, INC., a Massachusetts corporation §§§ | |
| Defendant. | |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S PRE-TRIAL DISLCOSURES**

Pursuant to this Court's Discovery Order, Plaintiffs Nicole Hinson, Individually and as Next Friend of C.H., a Minor, and Cameron Hinson file their objections to Defendant's Pre-Trial Disclosures. These include Objections to Defendant's Deposition Designations (Exhibit "A"), Objections to Defendant's Exhibit List (Exhibit "B"), and Objections to Defendant's Witness List (Exhibit "C").

For the reasons contained in the three Exhibits, Plaintiffs pray that the Court sustain their Objections. Plaintiffs also request all such further relief, both at law and in equity, to which they may be justly entitled to receive.

Respectfully submitted,

/s/ Jeffrey T Embry
Jeffery T. Embry
State Bar No. 24002052
Attorney-in-Charge
George Cowden IV
State Bar No. 24071492
Kyna J. Adams
State Bar No. 24041792
Hossley & Embry, LLP

320 South Broadway Avenue, Suite 100  
Tyler, Texas 75702  
Ph. (903) 526-1772  
Fax (903) 526-1773  
jeff@hossleyembry.com  
george@hossleyembry.com  
kyna@hossleyembry.com  

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of this pleading was served on counsel for defendant via electronic means on this 27th day of May 2016.

/s/ Jeffrey T. Embry  
Jeffery T. Embry