# EXHIBIT B

## PLAINTIFFS' OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS

Plaintiffs hereby object to the following proposed Exhibits filed as part of Dorel's Pretrial Disclosures:

| | |
|---|---|
| Defendant's Exhibit 8 | Plaintiffs object to the extent the proposed Geico Insurance exhibit will introduce insurance into the trial |
| Defendant's Exhibit 12 | Plaintiffs object to the introduction of Mr. Boyd's Declaration at Trial. This witness has not been shown to be unavailable, and should appear and be subject to cross examination. Hearsay. |
| Defendant's Exhibit 13 | Lack of Authentication, Hearsay, Relevance |
| Defendant's Exhibit 14 | Plaintiffs object to the extent the proposed exhibit introduced insurance into the trial. Hearsay, lack of relevance and lack of authentication. |
| Defendant's Exhibit 15 | Plaintiffs object to the extent the proposed exhibit introduced insurance into the trial. Hearsay, lack of relevance, and lack of authentication. |
| Defendant's Exhibit 34 | Plaintiffs object to this cumulative exhibit referring generically to test videos, reports, and videos. The subject exhibit is cumulative, irrelevant, and would violate Fed. R. Evid. 403. |
| Defendant's Exhibit 35 | Hearsay, lack of relevance, and violates Fed. R. Evid. 403 |
| Defendant's Exhibit 36 | It is impossible to identify this exhibit by the description provided. Plaintiff objects to the relevance of the proposed exhibit. |
| Defendant's Exhibit 39 | Hearsay, relevance, and violates of Rule 403. |
| Defendant's Exhibit 40 | Hearsay, relevance, and violates of Rule 403. |

| | |
|---|---|
| Defendant's Exhibit 41 | Hearsay, relevance, and violates of Rule 403. |
| Defendant's Exhibit 42 | Hearsay, relevance, and violates of Rule 403. |
| Defendant's Exhibit 43 | Hearsay, relevance, and violates of Rule 403. |
| Defendant's Exhibits 45-49 | Hearsay |
| Defendant's Exhibit 49 | Hearsay, cumulative, relevance |
| Defendant's Exhibit 55 | Hearsay, lack of authentication, relevance, lack of foundation |
| Defendant's Exhibit 60 | Hearsay, relevance |
| Defendant's Exhibit 66 | Relevance, hearsay, violates Rule 403 |
| Defendant's Exhibit 67 | Hearsay, relevance |
| Defendant's Exhibit 69 | Hearsay, relevance |
| Defendant's Exhibit 70 | Hearsay |
| Defendant's Exhibit 76 | Hearsay, relevance |
| Defendant's Exhibit 78 | Hearsay |
| Defendant's Exhibit 84 | Hearsay, relevance, lack of foundation, lack of authentication, violates Rule 403 |
| Defendant's Exhibit 85 | Hearsay, relevance |
| Defendant's Exhibit 90 | Hearsay, relevance, lack of authentication, lack of foundation, violates Rule 403 |
| Defendant's Exhibit 92-94 | Hearsay |
| Defendant's Exhibit 108 -109 | Hearsay, relevance |
| Defendant's Exhibit 125 | Hearsay, relevance, lack of foundation |
| Defendant's Exhibit 126 | Hearsay, relevance |
| Defendant's Exhibit 128-138 | Hearsay, relevance, lack of foundation, lack of authentication |

| | |
|---|---|
| Defendant's Exhibits 144-145 | Hearsay, relevance |
| Defendant's Exhibit 152-162 | Hearsay, relevance, lack of foundation, lack of authentication |
| Defendant's Exhibit 166 | Hearsay |
| Defendant's Exhibit 169 | Hearsay, relevance, lack of foundation |
| Defendant's Exhibit 170 | Hearsay, cumulative, lack of foundation |
| Defendant's Exhibit 171 | Lack of foundation, violates Rule 403, and never properly disclosed consistent with Rule 26 |
| Defendant's Exhibit 172 | Hearsay |
| Defendant's Exhibit 174 | Hearsay, lack of foundation, cumulative, relevance |
| Defendant's Exhibit 175 | Hearsay, lack of foundation, cumulative, relevance |
| Defendant's Exhibit 176 | Lack of foundation, violates Rule 403, and never properly disclosed consistent with Rule 26 |
| Defendant's Exhibit 177 | Lack of foundation, violates Rule 403, and never properly disclosed consistent with Rule 26 |
| Defendant's Exhibit 178 | Hearsay |
| Defendant's Exhibit 179 | Hearsay, lack of foundation, cumulative, relevance |
| Defendant's Exhibit 180 | Hearsay, relevance, cumulative, lack of authentication |
| Defendant's Exhibit 181 | Hearsay, lack of foundation, cumulative, relevance |
| Defendant's Exhibit 182 | Hearsay |
| Defendant's Exhibit 183 | Hearsay, relevance, cumulative, lack of authentication |
| Defendant's Exhibit 184 | Hearsay, relevance, cumulative, lack of authentication |
| Defendant's Exhibit 185 | Hearsay, relevance, cumulative, lack of authentication |

| | |
|---|---|
| Defendant's Exhibit 186 | Hearsay |
| Defendant's Exhibit 187 | Hearsay, relevance, cumulative, lack of authentication, violates Rule 403 |
| Defendant's Exhibit 188 | Hearsay, relevance, cumulative, lack of authentication, violates Rule 403 |
| Defendant's Exhibit 189 | Hearsay, relevance, cumulative, lack of authentication, violates Rule 403 |
| Defendant's Exhibits 190-193 | Lack of foundation, relevance, hearsay, lack of authentication, violates Rule 403 |
| Defendant's Exhibit 197-203 | Plaintiffs object to the extent Defendant seeks to introduce into evidence the demonstrative and tangible items mentioned because the items would not be relevant, contain hearsay in some instances, and would violate Rule 403 |
| Defendant's Exhibit 204 | Hearsay, relevance, lack of foundation, lack of authentication, violates Rule 403 |
| Defendant's Exhibit 205 | Hearsay, cumulative, relevance, lack of foundation, lack of authentication, violates Rule 403 |
| Defendant's Exhibit 206 | Hearsay, cumulative, relevance, lack of foundation, lack of authentication, violates Rule 403 |
| Defendant's Exhibit 207 | Lack of authentication, failure to disclose consistent with Rule 26 and this Court's orders |
| Defendant's Exhibit 208 | Hearsay, lack of foundation, lack of authentication, violates Rule 403, cumulative, relevance |