## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NICOLE HINSON, Individually and as Next Friend of C.H., a Minor, Texas residents, | § § § § | |
| Plaintiffs | § | Cause No. 2:15-cv-713-JRG-RSP |
| v. | § § § | |
| DOREL JUVENILE GROUP, INC., a Massachusetts corporation | § § § | |
| Defendant. | | |

## ORDER

Before the Court is the parties' Joint Notice of Dismissal seeking to dismiss only Plaintiff Cameron Hinson's claims. The relief requested is hereby granted and Cameron Hinson's claims against Dorel Juvenile Group, Inc. are dismissed.

**SIGNED this 3rd day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE