✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TEXAS |
|---|---|---|

| NICOLE HINSON, ET AL. | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| DOREL JUVENILE GROUP, INC. | Case Number: 2:15-CV-713 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ROY S. PAYNE | JEFFREY T. EMBRY | JONATHAN JUDGE |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/13/16 | | BECKY ANDREWS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Texas Peace Officer's Crash Report* |
| | 2 | | | | TDPS Scene Photographs |
| | 3 | | | | Hawkins Fire Department Scene Photographs |
| | 4 | | | | Subject Vehicle Photographs (May 17, 2013) |
| | 5 | | | | Subject Vehicle Photographs (May 23, 2013) |
| | 6 | | | | Subject Vehicle Photographs (February 28, 2014) |
| | 7 | | | | Chevrolet Suburban Photographs (May 17, 2013) |
| | 8 | | | | GEICO Chevrolet Suburban Photographs (May 22, 2013) |
| | 9 | | | | Other Chevrolet Suburban photographs (May 23, 2013 and undated) |
| | 10 | | | | Champion EMS Run Reports |
| | 11 | | | | Bosch Subject Vehicle CDR Download (Feb 28, 2014) |
| | 12 | | | | Josh Boyd Declaration |
| | 13 | | | | Records from Wyatt's Towing |
| | 14 | | | | Insurance records from GEICO |
| | 15 | | | | Insurance records from Farmer's Insurance Exchange |
| | 16 | | | | Records from Baylor Health Care System* |
| | 17 | | | | Records from Children's Medical Center* |
| | 18 | | | | Records from Good Shepherd Medical Center* |
| | 19 | | | | Records from Mother Francis Hospital* |
| | 20 | | | | Records from Our Children's House at Baylor* |
| | 21 | | | | Records from Wellness Pointe* |
| | 22 | | | | Records from Creative Motion Pediatric Therapy* |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___9___ Pages


✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | NICOLE HINSON, ET AL. | | vs. | DOREL JUVENILE GROUP, INC. | CASE NO. 2:15-CV-713 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | | | | Records from East Texas Children's Therapy* |
| | 24 | | | | Records from Tyler Radiology Associates* |
| | 25 | | | | Records from Premier Specialists* |
| | 26 | | | | Records from NuMotion* |
| | 27 | | | | Records from Walgreen's Pharmacy* |
| | 28 | | | | Summit Design Drawings |
| | 29 | | | | Sales Data |
| | 30 | | | | Hazard Analysis |
| | 31 | | | | QA Loop |
| | 32 | | | | DJG Instruction Manual for subject Summit child restraint |
| | 33 | | | | DJG labels for subject Summit child restraint |
| | 34a | | | | DJG Internal Test Reports |
| | 34b | | | | DJG Internal Test Videos |
| | 35 | | | | Consumer Accident Reports with Summit child restraints* (selected) |
| | 36 | | | | DJG PowerPoint* |
| | 37 | | | | DJG Testing Facilities Video* |
| | 38 | | | | DJG 2011 website advice info |
| | 39 | | | | FMVSS 213 (2012), 49 CFR § 571.213 |
| | 40 | | | | Forward to FMVSS 213 Quick Reference Guide |
| | 41 | | | | NHTSA Misuse of Child Restraints — January 2004 |
| | 42 | | | | NHTSA Child Safety Seat Test Results — 2012 |
| | 43 | | | | NHTSA Traffic Safety Facts – 2012 (DOT 812 032) |
| | 44 | | | | David J. Altman Notice of Deposition* |
| | 45 | | | | David J. Altman, M.D.'s March 8, 2016 report* |
| | 46 | | | | David J. Altman, M.D.'s February 2, 2016 report* |
| | 47 | | | | David J. Altman, M.D.'s December 31, 2014 report* |
| | 48 | | | | David J. Altman, M.D.'s October 13, 2014 report* |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| NICOLE HINSON, ET AL. | vs. | DOREL JUVENILE GROUP, INC. | CASE NO. 2:15-CV-713 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 49 | | | | Dr. Altman's file folder* |
| | 50 | | | | Discharge Summary for C.H.* |
| | 51 | | | | Creative Motion Pediatric Therapy OT Progress Notes for C.H.* |
| | 52 | | | | Creative Motion Pediatric Therapy Physical Therapy Evaluation for C.H.* |
| | 53 | | | | Institute for Healthy Living, Good Shepherd Medical Center Initial Evaluation/Examination for C.H. |
| | 54 | | | | Children's Health Medical Record for C.H.* |
| | 55 | | | | ICD-10 Code Lookup and ICD-9 Code Lookup* |
| | 56 | | | | Mother Frances Hospital CT record for C.H.* |
| | 57 | | | | Baylor, Our Children's House at Baylor, Pediatric Hospitalist Note, 5/26/2013* |
| | 58 | | | | Children's Medical Center, Physical Medicine and Rehabilitation Consultation Note for C.H.* |
| | 59 | | | | Gary Whitman Notice of Deposition* |
| | 60 | | | | Analysis Report* |
| | 61 | | | | Growth Chart for Boys and Girls* |
| | 62 | | | | Deposition Summary* |
| | 63 | | | | Whitman Photographs* |
| | 64 | | | | Whitman Photographs* |
| | 65 | | | | Whitman Photographs* |
| | 66 | | | | Rule 26b Listing* |
| | 67 | | | | 5/8/15 Note* |
| | 68 | | | | Surrogate Analysis* |
| | 69 | | | | Deposition & Trial List* |
| | 70 | | | | Gary Whitman Resume* |
| | 71 | | | | ARCCA Case Review* |
| | 72 | | | | Growth Chart* |
| | 73 | | | | Australian Literature* |
| | 74 | | | | Car Safety Seats Product listing for 2012* |
| | 75 | | | | Mr. Whitman's Invoice* |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| NICOLE HINSON, ET AL. | | | vs. | DOREL JUVENILE GROUP, INC. | CASE NO. 2:15-CV-713 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 76 | | | | Life Care Plan for C.H. Backup Book February 19, 2016 Centrality Model* |
| | 77 | | | | Quality of Life and Adaptation for Traumatic Brain Injury Survivors: Assessment of the Disability C... |
| | 78 | | | | Report of Neuropsychological Evaluation 01/05/16 and 01/06/16* |
| | 79 | | | | Life Care Plan for C.H. - 12/16/2014* |
| | 80 | | | | Donna Britton Deposition notice* |
| | 81 | | | | Car seat handouts* |
| | 82 | | | | C.H.'s medical records* |
| | 83 | | | | Additional medical records for C.H.* |
| | 84 | | | | Medical Report* |
| | 85 | | | | Interrogatories* |
| | 86 | | | | Summit Instruction Booklet* |
| | 87 | | | | 3/21/11 E-mail Chain* |
| | 88 | | | | Phase I Exit-Initiation Phase* |
| | 89 | | | | Cosco Project Brief* |
| | 90 | | | | Dorel Documents* |
| | 91 | | | | Michelle Hoffman Notice of Depositions* |
| | 92 | | | | Letter with attachments to Jeff Embry from Michelle R. Hoffman, January 2, 2015* |
| | 93 | | | | Letter to Jeff Embry from Michelle R. Hoffman, January 7, 2016* |
| | 94 | | | | Letter with attachments to Jeff Embry from Michelle R. Hoffman, February 4, 2016* |
| | 95 | | | | Handwritten notes of Michelle Hoffman* |
| | 96 | | | | Illustration of different regions of the spine* |
| | 97 | | | | Diagram of small child* |
| | 98 | | | | Document entitled, "Lateral region of abdominal region/definition of lateral region of abdominal reg... |
| | 99 | | | | Diagram depicting variety of brain images* |
| | 100 | | | | Patient file* |
| | 101 | | | | Trinity Mother Frances medical record* |
| | 102 | | | | Medical records* |

Page 4 of 9 Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| NICOLE HINSON, ET AL. | | vs. | DOREL JUVENILE GROUP, INC. | | CASE NO. 2:15-CV-713 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 103 | | | | Our Children's House at Baylor pediatric hospitalist note, dated May 26, 2013* |
| | 104 | | | | Champion EMS medical records* |
| | 105 | | | | "Trauma Scoring"* |
| | 106 | | | | Handwritten options* |
| | 107 | | | | Tammy Robertson medical record* |
| | 108 | | | | Dr. Joyce's report* |
| | 109 | | | | Draft of Dr. Joyce's report* |
| | 110 | | | | Rule 30, Federal Rules Procedure* |
| | 111 | | | | Dorel FAQs* |
| | 112 | | | | Notice of 30(b)(6) deposition* |
| | 113 | | | | Selection from Dorel website* |
| | 114 | | | | June 30, 2009 e-mail chain* |
| | 115 | | | | Hazard analysis* |
| | 116 | | | | February 2010 Emerson e-mail* |
| | 117 | | | | Merchandising meeting PowerPoint* |
| | 118 | | | | March 21, 2011 e-mail exchange* |
| | 119 | | | | March 22, 2011 e-mail exchange* |
| | 120 | | | | April 2011 Pyliotis e-mail* |
| | 121 | | | | Selection, Safety 1st/Dorel website* |
| | 122 | | | | November 2011 e-mail exchange* |
| | 123 | | | | December 2011 webinar e-mail* |
| | 124 | | | | AAP Policy Statement* |
| | 125 | | | | Two electronic video files* |
| | 126 | | | | Wyatt's Towing Letter* |
| | 127 | | | | Defendant's Notice of Oral and Videotaped Deposition of James Ross and Subpoena Duces Tecum |
| | 128 | | | | Training Plan Acknowledgement Cashier* |
| | 129 | | | | Training Plan Acknowledgement Dept. 10 Salesfloor Associate* |

Page   5   of   9   Pages

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| NICOLE HINSON, ET AL. | vs. | DOREL JUVENILE GROUP, INC. | CASE NO. 2:15-CV-713 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 130 | | | | TPMS and Tire Disclaimer* |
| | 131 | | | | Trainer Plan Acknowledgement, Greeter - TLE* |
| | 132 | | | | Training Plan Acknowledgement, Department 37 Service Technician* |
| | 133 | | | | Technician Certification Chart* |
| | 134 | | | | My Training Plan, TLE Service Supervisor* |
| | 135 | | | | TPMS and Tire Disclaimer* |
| | 136 | | | | My Training Plan, TLE Service Supervisor* |
| | 137 | | | | Service record from Walmart in Mineola* |
| | 138 | | | | Page printed from Walmart's website* |
| | 139 | | | | Defendant's Notice of Oral and Videotaped Deposition of Jennifer Plunkett* |
| | 140 | | | | Records from Mother Frances Hospital of C.H.* |
| | 141 | | | | Tommy Barrett Subpoena* |
| | 142 | | | | Texas Peace Officer's Crash Report* |
| | 143 | | | | Thirty (30) Color Photographs* |
| | 144 | | | | Document entitled "Replacing two tires? Put them on the rear."* |
| | 145 | | | | Discount Tire Direct, Info Center - Speed Rating* |
| | 146 | | | | EMS Records for C.H.* |
| | 147 | | | | EMS Records for Nicole Hinson* |
| | 148 | | | | Defendant's Notice of Oral and Videotaped Deposition of Dr. Mark Anderson and Subpoena Duces |
| | 149 | | | | Records from Mother Frances Hospital of C.H.* |
| | 150 | | | | Patient Care Report of Cameron Hinson* |
| | 151 | | | | Five (5) Photographs* |
| | 152 | | | | Trainer Plan Acknowledgement, Greeter - TLE* |
| | 153 | | | | Technician Certification Chart* |
| | 154 | | | | TPMS and Tire Disclaimer* |
| | 155 | | | | Service Order* |
| | 156 | | | | Drawing* |

✎AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | NICOLE HINSON, ET AL.   VS.   DOREL JUVENILE GROUP, INC.   CASE NO. 2:15-CV-713 |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 157 | | | | Service Order* |
| | 158 | | | | TPMS and Tire Disclaimer* |
| | 159 | | | | My Training Plan, TLE Service Technician* |
| | 160 | | | | Technician Certification Chart* |
| | 161 | | | | Wal-Mart Service Order (Tilley vehicle)* |
| | 162 | | | | Article: Two New Tires Should be Mounted on the Rear* |
| | 163 | | | | American Academy of Pediatrics "Car Safety Seats: A Guide for Families 2012"* |
| | 164 | | | | CDC Growth Chart* |
| | 165 | | | | CIREN Case Study Summary* |
| | 166 | | | | Greg Stephens C.V.* |
| | 167 | | | | Mr. Stephens' scene inspection photos* |
| | 168 | | | | Mr. Stephens' photogrammetry materials* |
| | 169 | | | | Mr. Stephens' cited literature / secondary sources* |
| | 170 | | | | |
| | 171 | | | | Mr. Stephens' illustrations and demonstratives for trial, to be exchanged between counsel before th |
| | 172 | | | | William Van Arsdell C.V.* |
| | 173 | | | | Dr. Van Arsdell inspection photographs* |
| | 173a | | | | Photographs of C.H. Summit shoulder belt bar* |
| | 173b | | | | Photographs of Tested Summit shoulder belt bar* |
| | 173c | | | | Photographs of C.H. Summit* |
| | 173d | | | | Photographs of CAPE-Tested Summits* |
| | 173e | | | | Photographs of Dorel-Tested Summits* |
| | 173f | | | | Surrogate Study Photographs* |
| | 174 | | | | Dr. Van Arsdell's cited literature / secondary sources* |
| | 175 | | | | |
| | 176 | | | | Dr. Van Arsdell's illustrations and demonstratives for trial, to be exchanged between counsel before |
| | 177 | | | | FMVSS 213 Testing Summary, Forward-Versus-Rear-Facing* |

Page   7   of   9   Pages

📎 AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | NICOLE HINSON, ET AL. | | vs. | DOREL JUVENILE GROUP, INC. CASE NO. 2:15-CV-713 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 178 | | | | Lisa Gwin C.V.* |
| | 179 | | | | Dr. Gwin's file materials* |
| | 179a | | | | Dr. Gwin's inspection photos* |
| | 179b | | | | Dr. Gwin's surrogate study photos* |
| | 180 | | | | Dr. Gwin's cited literature / secondary sources* |
| | 181 | | | | Dr. Gwin's illustrations and demonstratives for trial, to be exchanged between counsel before the e |
| | 182 | | | | Walter Harrell C.V.* |
| | 183 | | | | |
| | 184 | | | | Dr. Harrell's cited literature / secondary sources* |
| | 185 | | | | Dr. Harrell's illustrations and demonstratives for trial, to be exchanged between counsel before the |
| | 186 | | | | Juan Latorre C.V.* |
| | 187 | | | | |
| | 188 | | | | Dr. Latorre's cited literature / secondary sources* |
| | 189 | | | | Dr. Lattore's illustrations and demonstratives for trial, to be exchanged between counsel before the |
| | 190 | | | | CAPE / Exponent testing report* |
| | 191 | | | | CAPE / Exponent testing videos* |
| | 191a | | | | Kinematic freeze frames from videos* |
| | 192 | | | | CAPE / Exponent testing notations and data* |
| | 193 | | | | Michael Prange C.V.* |
| | 194 | | | | Previously-disclosed Learned Treatises as needed (demonstrative only)* |
| | 195 | | | | Jeya Padmanaban C.V.* |
| | 196 | | | | Jeya Padmanaban file materials* |
| | 196a | | | | Jeya Padmanaban underlying data* |
| | 196b | | | | Henary et al, "Car safety seats for children: rear facing for best protection"* |
| | 196c | | | | AAP: 2011 Car Seat Guidelines* |
| | 196d | | | | AAP: 2011 Car Seat Technical Report* |
| | 196e | | | | "Report to Congress, NHTSA's Crash Data Collection Programs," DOT HS 811 337, April 2010* |

Page 8 of 9 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| NICOLE HINSON, ET AL. | vs. | DOREL JUVENILE GROUP, INC. | CASE NO. 2:15-CV-713 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 197 | | | | Reports and file materials of Gary Whitman (excerpts as needed)* |
| | 198 | | | | Reports and file materials of Michelle Hoffman (excerpts as needed)* |
| | 199 | | | | Reports and file materials of any expert called by plaintiffs, as needed for cross-examination* |
| | 200 | | | | C.H.'s Summit child seat (to be produced by Plaintiffs)* |
| | 201 | | | | An exemplar Summit child seat (or photographs thereof)* |
| | 202 | | | | CAPE Test 1 Summit child seat* |
| | 203 | | | | CAPE Test 2 Summit child seat* |
| | 204 | | | | CAPE Test 3 Summit child seat* |
| | 205 | | | | Dorel FMVSS Test 1 Summit child seat* |
| | 206 | | | | Dorel FMVSS Test 2 Summit child seat* |
| | 207 | | | | An exemplar Evenflo seat (or photographs thereof)* |
| | 208 | | | | An exemplar Graco combination seat (or photographs thereof)* |
| | 209 | | | | An exemplar Recaro Passport seat (or photographs thereof)* |
| | 210 | | | | An exemplar Kids Embrace seat (or photographs thereof)* |
| | 211 | | | | The subject Chevrolet Silverado truck (to be produced by Plaintiffs) |
| | 212 | | | | Demonstratives of counsel and experts* |
| | 213 | | | | Plaintiffs' Pleadings, Discovery responses, Expert Reports, Exhibits and Settlement agreements fro |
| | 214 | | | | Plaintiffs' Pleadings, Discovery responses, Expert Reports, Exhibits and Settlement agreements fro |
| | 215 | | | | Photos / Videos of C.H.* (only as needed) |
| | 216 | | | | Materials as needed for impeachment / rebuttal, including experts' previously produced file materia |
| | | | | | * indicates "may" use |
| | | | | | Note:  Defendant is not vouching for the reliability or credibility of Plaintiffs' experts' opinions or thei |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be filed with the Clerk of Court using the CM/ECF System on June 7, 2016, which will automatically send e-mail notification of such filing and a link to a copy of the document to all attorneys of record.

/s/ Matthew G. Schiltz

Matthew G. Schiltz