IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NICOLE HINSON, ET AL § § § | |
| vs. § § § | Case: 2:15-CV-713-JRG |
| DOREL JUVENILE GROUP § § § § | |

ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above mentioned case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for such jurors until a verdict is rendered to this Court.

SIGNED  14th  day of June, 2016.

Rodney Gilstrap,
UNITED STATES DISTRICT JUDGE