# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NICOLE HINSON, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:15-CV-713-JRG-RSP |
| | § | |
| DOREL JUVENILE GROUP, INC. | § | |

## MINUTES FOR JURY TRIAL DAY ONE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### June 13, 2016

**OPEN:  8:23 a.m.**                                                                                           **ADJOURN: 6:14 p.m.**

ATTORNEYS FOR PLAINTIFF:             (See attached.)

ATTORNEYS FOR DEFENDANT:             (See attached.)

LAW CLERKS:                          Emily Chen
                                     Alden Harris
                                     Matt Zorne

COURT REPORTER:                      Shelly Holmes, CSR-TCRR

COURTROOM DEPUTY:                    Jan Lockhart

| Time | Minutes |
|---|---|
| 8:23 a.m.- 8:31 am. | Hearing outside the presence of the Jury. Counsel announced ready for hearing. Recess pending arrival of juror. |
| 8:41 a.m. | Court reconvened.   Court's preliminary remarks to the Jury. |
| 9:00 a.m. | Opening statement by Mr. Embry. |
| 9:22 a.m. | Opening statement by Mr. Judge. |
| 9:42 a.m. | Witnesses sworn. |
| 9:44 a.m. | Bench conference. |
| 9:45 a.m. | Video deposition of Bill Forbes. |
| 9:57 a.m. | Bench conference.   Recess. |
| 10:53 a.m. | Court reconvened.   Court charged   Jury returned to courtroom |
| 10:55 a.m. | Direct examination of Richard Glover by Mr. Embry. |
| 11:28 a.m. | Bench conference. |
| 11:29 a.m. | Direct examination of Mr. Glover by Mr. Embry. |
| 11:56 a.m. | Bench conference |
| 11:57 a.m. | Jury excused for lunch. |
| 11:58 a.m. | Hearing outside the presence of the Jury. |
| 12:00 p.m. | Lunch recess. |
| 1:07 p.m. | Court reconvened.   Cross examination of Mr. Glover by Mr. Judge. |

Page 2
June 13, 2016
Minutes

| | |
|---|---|
| 1:55 p.m. | Redirect examination of Mr. Glover by Mr. Embry. |
| 2:05 p.m. | Parties passed the witness. |
| 2:06 p.m. | Video deposition of Terry Emerson. |
| 3:00 p.m. | Recess. |
| 3:09 p.m. | Court reconvened.   Video deposition of Terry Emerson continued. |
| 3:36 p.m. | Video deposition of Mr. Emerson concluded.   Direct examination of Michelle Hoffman by Mr. Embry. |
| 3:57 p.m. | Bench Conference |
| 3:59 p.m. | Direct examination of Ms. Hoffman by Mr. Embry. |
| 4:08 p.m. | Cross examination of Ms. Hoffman by Mr. Judge. |
| 4:10 p.m. | Bench conference |
| 4:17 p.m. | Court sustained objection by Plaintiff.   Cross examination of Ms. Hoffman continued by Mr. Judge. |
| 4:29 p.m. | Parties passed the witness.   Jury excused for break.   Hearing outside the presence of the jury. |
| 4:44 p.m. | Court reconvened.   Video deposition of Dr. Mark Anderson. |
| 5:12 p.m. | Video deposition of Joshua Boyd. |
| 5:24 p.m. | Video deposition of Willie Joe Lindley. |
| 5:40 p.m. | Video deposition of Barry Mahal. |
| 6:12 p.m. | Jury excused until 8:30 a.m. |
| 6:14 p.m. | Court adjourned. |