# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NICOLE HINSON, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:15-CV-713-JRG-RSP |
| | § | |
| DOREL JUVENILE GROUP, INC. | § | |

## MINUTES FOR JURY TRIAL DAY TWO
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### June 14, 2016

**OPEN:  8:23 a.m.**                                                                                       **ADJOURN: 5:51 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | (See attached.) |
| ATTORNEYS FOR DEFENDANT: | (See attached.) |
| LAW CLERKS: | Emily Chen<br>Alden Harris<br>Matt Zorne |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| Time | Minutes |
|---|---|
| 8:23 a.m. | Hearing outside the presence of the Jury. Exhibits used prior day by both parties read into the record. |
| 8:27 a.m. | Jury returned to the courtroom.   Direct examination of Dr. David Altman by Mr. Cowden. |
| 9:19 a.m. | Mr. Cowden passed the witness. |
| 9:29 a.m. | Bench conference. |
| 9:30 a.m. | Recess. |
| 9:40 a.m. | Court reconvened.   Hearing outside the presence of the Jury. |
| 9:50 a.m. | Jury returned to the courtroom   Cross examination of Dr. Altman by Mr. Avey. |
| 10:03 a.m. | Bench conference. |
| 10:06 a.m. | Cross examination of Dr. Altman by Mr. Avey. |
| 10:21 a.m. | Redirect examination of Dr. Altman by Mr. Cowden. |
| 10:27 a.m. | Recross examination of Dr. Altman by Mr. Avey. |
| 10:28 a.m. | Bench conference. |
| 10:30 a.m. | Court's instruction to Jury.   Recross examination of Dr. Altman by Mr. Avey. |
| 10:38 a.m. | Direct examination of Dr. Arthur Joyce by Mr. Cowden. |
| 11:24 a.m. | Cross examination of Dr. Joyce by Mr. Avey. |
| 11:48 a.m. | Redirect examination of Dr. Joyce by Mr. Cowden. |

Page 2
June 14, 2016
Minutes

| 11:49 a.m. | Jury excused for lunch.   Hearing outside the presence of the Jury. |
| --- | --- |
| 11:50 a.m. | Lunch recess. |
| 1:04 p.m. | Court reconvened.   Direct examination of Dr. Rodney Isom by Mr. Cowden. |
| 1:26 p.m. | Bench conference. |
| 1:27 p.m. | Direct examination of Dr. Rodney Isom by Mr. Cowden continued. |
| 1:28 p.m. | Objection by Mr. Avey.   Jury excused.   Hearing outside the presence of the Jury. |
| 1:35 p.m. | Jury returned to the Courtroom.   Direct examination of Dr. Rodney Isom by Mr. Cowden. |
| 1:36 p.m. | Cross examination of Mr. Isom by Mr. Avey. |
| 1:40 p.m. | Direct examination of Dr. Amy Mackenzie by Ms. Adams. |
| 2:01 p.m. | Cross examination of Dr. Mackenzie by Mr. Avey. |
| 2:19 p.m. | Parties passed the witness.   Bench conference. |
| 2:20 p.m. | Jury excused for Recess. |
| 2:21 p.m. | Hearing outside the presence of the Jury. |
| 2:30 p.m. | Recess. |
| 2:49 p.m. | Court reconvened. |
| 2:53 p.m. | Jury returned to the courtroom.   Court's instruction re future medical costs |
| 2:55 p.m. | Direct examination of Dr. Ralph Scott by Ms. Adams. |
| 3:16 p.m. | Cross examination of Dr. Scott by Mr. Judge. |
| 3:24 p.m. | Parties passed the witness. |
| 3:25 p.m. | Bench conference. |
| 3:28 p.m. | Recess. |
| 3:53 p.m. | Court reconvened.   Hearing outside the presence of the Jury re procedure for medical record/bills and exhibits. |
| 3:56 p.m. | Jury returned to the courtroom. |
| 3:57 p.m. | Direct examination of Nicole Hinson by Mr. Embry. |
| 4:49 p.m. | Cross examination of Ms. Hinson by Mr. Judge. |
| 4:53 p.m. | Bench conference. Continued Cross Examination of Ms. Hinson by Mr. Judge. |
| 5:19 p.m. | Redirect examination of Ms. Hinson by Mr. Embry. |
| 5:20 p.m. | Plaintiff rests. |
| 5:21 p.m. | Danny Phillips Deposition (February 26, 2015) testimony read into the record. |
| 5:30 p.m. | Cameron Hinson Deposition (January 13, 2016) testimony read into the record. |
| 5:49 p.m. | Jury excused until 8:30 a.m. |
| 5:50 p.m. | Minor defendant's name to be redacted from testimony. |
| 5:51p.m. | Court adjourned. |