**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NICOLE HINSON, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:15-CV-713-JRG-RSP |
| | § | |
| DOREL JUVENILE GROUP, INC. | § | |

**MINUTES FOR JURY TRIAL DAY THREE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
June 15, 2016**

**OPEN:  8:25 a.m.**                                                                           **ADJOURN: 5:30 p.m.**

ATTORNEYS FOR PLAINTIFF:           (See attached.)

ATTORNEYS FOR DEFENDANT:       (See attached.)

LAW CLERKS:                                      Emily Chen
                                                            Alden Harris
                                                            Matt Zorne

COURT REPORTER:                            Shelly Holmes, CSR-TCRR

COURTROOM DEPUTY:                     Jan Lockhart

| Time | Minutes |
|---|---|
| 8:25 a.m. | Hearing outside the presence of the Jury. Exhibits used prior day by both parties read into the record. |
| 8:27 a.m. | Jury returned to the courtroom.   Direct examination of Greg Stephens by Mr. Schiltz. |
| 9:00 a.m. | Cross examination of Mr. Stephens by Mr. Embry. |
| 9:05 a.m. | Witness excused.  Bench conference. |
| 9:08 a.m. | Video deposition of William Hagerty. |
| 9:14 a.m. | Bench conference. |
| 9:17 a.m. | Direct examination of Will Van Arsdell, Ph.D. by Mr. Judge. |
| 10:21 a.m. | Bench conference. |
| 10:22 a.m. | Recess. |
| 10:40 a.m. | Court reconvened.  Direct examination of Dr. Van Arsdell by Mr. Judge. |
| 10:58 am. | Bench conference. |
| 10:59 a.m. | Direct examination of Dr. Van Arsdell by Mr. Judge. |
| 11:01 a.m. | Bench conference. |
| 11:03 a.m. | Direct examination of Dr. Van Arsdell by Mr. Judge. |
| 11:13 a.m. | Cross examination of Dr. Van Arsdell by Mr. Embry. |
| 11:17 a.m. | Bench conference. |
| 11:18 a.m. | Cross examination of Dr. Van Arsdell by Mr. Embry. |

Page 2
June 15, 2016
Minutes

| Time | Event |
|---|---|
| 11:35 a.m. | Bench conference. |
| 11:36 a.m. | Witness excused. |
| 11:38 a.m. | Lunch recess until 12:40 p.m. |
| 12:46 p.m. | Court reconvened. |
| 12:49 pm. | Jury returned to the courtroom. |
| 12:51 p.m. | Direct examination of Jeya Padmanaban by Mr. Judge. |
| 1:06 p.m. | Bench conference. |
| 1:08 p.m. | Jury excused. Hearing outside the presence of the Jury. |
| 1:15 p.m. | Jury returned to the courtroom. |
| 1:16 p.m. | Direct examination of Jeya Padmanaban by Mr. Judge. |
| 1:33 p.m. | Cross examination of Ms. Padmanaban by Mr. Embry. |
| 1:40 p.m. | Redirect examination of Ms. Padmanaban by Mr. Judge. |
| 1:42 p.m. | Parties passed the witness. |
| 1:43 p.m. | Direct examination of Dr. Lisa Gwin by Mr. Avey. |
| 1:56 p.m. | Bench conference. |
| 1:57 p.m. | Hearing outside the presence of the Jury. |
| 2:03 p.m. | Court reconvened.   Direct examination of Dr. Lisa Gwin by Mr. Avey. |
| 2:17 p.m. | Cross examination of Dr. Lisa Gwin by Mr. Embry. |
| 2:23 p.m. | Parties passed the witness. Recess |
| 3:02 p.m. | Court reconvened.   Hearing outside the presence of the Jury. |
| 3:09 p.m. | Direct examination of Stacey Tilley by Mr. Avey. |
| 3:21 p.m. | Witness excused. |
| 3:23 p.m. | Jury excused.   Hearing outside the presence of the Jury. |
| 3:35 p.m. | Court reconvened.   Court ruling on prior issue. |
| 3:36 p.m. | Mr. Embrey argued Judgment as a Matter of Law for Plaintiff. |
| 3:38 p.m. | Response by Mr. Judge on behalf of Defendant. |
| 3:42 p.m. | Court ruling. Mr. Judge argued Defendant's Judgment as a Matter of Law. |
| 3:46 p.m. | Response by Mr. Embry on behalf of Plaintiff. |
| 3:51p.m. | Court ruling.   Informal charge conference to be held at 4:15 p.m.   Formal charge conference will be held thereafter. |
| 3:52 p.m. | Court recess. |
| 5:15 p.m. | Court reconvened.   Mr. Judge argued an additional Motion for Judgment as a Matter of Law on behalf of Defendant. |
| 5:18 p.m. | Response by Mr. Embry on behalf of Plaintiff. |
| 5:22 p.m. | Court ruling. Counsel to be ready to read into the record the exhibits used on June 15, 2016 prior to the formal charge conference on Friday at 8:00 a.m. |
| 5:30 p.m. | Court adjourned. |