# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

NICOLE HINSON, Individually and as
Next Friend of C.H., a Minor, Texas
residents,

        Plaintiffs

      v.

DOREL JUVENILE GROUP, INC., a
Massachusetts corporation,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:15-cv-00713

## DOREL JUVENILE GROUP, INC.'S NOTICE OF FILING REQUESTS FOR ADMISSIONS

     Defendant Dorel Juvenile Group, Inc. ("Dorel") files Plaintiffs' Response to

Defendant's Request for Admission pursuant to Fed. R. Civ. Proc. 36  The admissions

are being filed for the Court's record only, and are not intended to be shown to the Jury.

Defendant intends to argue that the attached Admissions, in addition to the evidence

presented at trial, support the submission of a Spoliation instruction to the Jury.

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be filed with the Clerk of Court using the CM/ECF System on June 16, 2016, which will automatically send e-mail notification of such filing and a link to a copy of the document to all attorneys of record.

/s/ Anthony A Avey
Anthony A. Avey

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NICOLE HINSON, Individually and as Next Friend of C.H., a Minor, and CAMERON HINSON, Texas Residents, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 2:15-cv-00713 |
| DOREL JUVENILE GROUP, INC., a Massachusetts corporation | § § § § | |
| Defendant. | § § § § | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSION**

To:     Defendant, by and through their attorney of record, Anthony A. Avey, Avey & Associates, PLLC, 14225 Blanco Road, San Antonio, Texas 78216.

**REQUEST FOR ADMISSION NO. 1:**

The Hinson Vehicle was towed to Wyatt's Towing in Mineola, TX after the Accident.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 2:**

Terry Hinson went to Wyatt's towing after the accident to obtain Cameron Hinson's personal belongings.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 3:**

Terry Hinson took photographs of the Hinson Vehicle at Wyatt's Towing.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:**

Terry Hinson received a copy of the notice from Wyatt's Towing attached hereto as Exhibit "A".

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 5:**

Exhibit "B" is a fax cover sheet from Terry Hinson to Matthew Flannery, an attorney representing Plaintiffs, enclosing a copy of Exhibit "A".

**RESPONSE:**

Plaintiffs object that this request asks Plaintiffs to admit matters that are hearsay.

**REQUEST FOR ADMISSION NO. 6:**

Matthew Flannery did not take any action to preserve the Hinson Vehicle as evidence before it was salvaged.

**RESPONSE:**

Plaintiffs object to the term "salvaged" as vague and therefore it is unclear what point in time this request is referencing. However, Plaintiffs deny that Matthew Flannery did not take any action to preserve the Hinson Vehicle.

**REQUEST FOR ADMISSION NO. 7:**

The Hinson Vehicle was insured by Farmers Insurance.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 8:**

The Hinson Vehicle Owners gave permission to Farmers Insurance to remove the Hinson Vehicle from Wyatt's Towing.

**RESPONSE:**

Denied. Consistent with the terms of Hinson Vehicle Owners' property damage insurance

coverage, Farmers Insurance determined the vehicle was a total loss and paid benefits for the fair market value of the vehicle, and obtained title to the vehicle. After Farmers Insurance obtained title to the vehicle, they had complete control over the vehicle.

**REQUEST FOR ADMISSION NO. 9:**

The Hinson Vehicle Owners gave permission to Farmers Insurance to salvage the Hinson Vehicle.

**RESPONSE:**

Denied. Consistent with the terms of Hinson Vehicle Owners' property damage insurance coverage, Farmers Insurance determined the vehicle was a total loss and paid benefits for the fair market value of the vehicle, and obtained title to the vehicle. After Farmers Insurance obtained title to the vehicle, they had complete control over the vehicle.

**REQUEST FOR ADMISSION NO. 10:**

The Hinson Vehicle Owners gave permission to Farmers Insurance to sell the Hinson Vehicle.

**RESPONSE:**

Denied. Consistent with the terms of Hinson Vehicle Owners' property damage insurance coverage, Farmers Insurance determined the vehicle was a total loss and paid benefits for the fair market value of the vehicle, and obtained title to the vehicle. After Farmers Insurance obtained title to the vehicle, they had complete control over the vehicle.

**REQUEST FOR ADMISSION NO. 11:**

Farmers Insurance sold the Hinson Vehicle for scrap.

**RESPONSE:**

Plaintiffs object to the term "scrap" as vague. As a result, Plaintiffs are unable to truthfully admit or deny this request as worded. Plaintiffs admit Farmers Insurance sold the Hinson Vehicle.

**REQUEST FOR ADMISSION NO. 12:**

Plaintiffs' counsel retained a consultant who inspected the Hinson Vehicle before the vehicle was salvaged.

**RESPONSE:**

Plaintiffs object to the term "salvaged" as vague and therefore it is unclear what point in time this request is referencing. As a result, Plaintiffs are unable to truthfully admit or deny this request as worded. However, see Plaintiffs' response to Request for Admission No. 18.

**REQUEST FOR ADMISSION NO. 13:**

Plaintiffs' counsel's consultant photographed the Hinson Vehicle before the vehicle was salvaged.

**RESPONSE:**

Plaintiffs object to the term "salvaged" as vague and therefore it is unclear what point in time this request is referencing. As a result, Plaintiffs are unable to truthfully admit or deny this request as worded. However, see Plaintiff's response to Requests for Admission Nos. 16 and 18.

**REQUEST FOR ADMISSION NO. 14:**

Plaintiffs' counsel consultant downloaded the Hinson Vehicle's data recorded during his inspection.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 15:**

Exhibit "C" is a copy of the Hinson Vehicle data recorder download performed by Plaintiff's counsel's consultant.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 16:**

All the photos of the Hinson Vehicle taken by Plaintiffs' counsel's consultant were produced by Plaintiffs on their Disclosure Disk 2, under Hinson Vehicle Inspection subfolder "Vx 2-28-14"

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 17:**

Plaintiffs' counsel's consultant who inspected the Hinson Vehicle is Edward Fatzinger, Jr.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 18:**

The inspection by Plaintiffs' counsel's consultant occurred on February 28, 2014.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 19:**

The inspection by Plaintiffs' counsel's consultant occurred at Wyatt's Towing in Mineola, TX.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 20:**

Plaintiffs' counsel's consultant did not purchase the Hinson Vehicle at the time of his inspection.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 21:**

Plaintiffs' counsel's consultant did not instruct the possessor of the Hinson Vehicle to preserve the vehicle at the time of his inspection.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 22:**

Plaintiff's counsel's consultant took no action to preserve the Hinson Vehicle at the time of his inspection.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 23:**

Plaintiffs did not take any action to preserve the Hinson Vehicle as evidence after the accident.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 24:**

Plaintiffs' counsel did not take any action to preserve the Hinson Vehicle as evidence before it was salvaged.

**RESPONSE:**

Plaintiffs object to the term "salvaged" as vague and therefore it is unclear what point in time this request is referencing. However, Plaintiffs deny that Plaintiffs' counsel did not take any action to preserve the Hinson Vehicle.

Respectfully submitted,

/s/ Jeff Embry
Jeffrey T. Embry
Bar Number:  24002052

Attorney-in-Charge
George Cowden IV
Bar Number:  24071492
Hossley Embry, LLP
320 S. Broadway Ave., Ste. 100
Tyler, Texas 75702
Telephone No.   903-526-1772
Fax No.         903-526-1773
jeff@hossleyembry.com
george@hossleyembry.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via email on this 24th day of March, 2016.

George Cowden IV

**WYATT'S TOWING, LLC.**
1210 N. US HWY 69
MINEOLA, TX 75773
903-569-6060      ~FAX 903-569-8533~

Texas Department of Transportation Vehicle Storage Facility License # 0542019VSF

**Date: 05-17-13**
**Owner:** Terry L. Hinson, Cameron L. Hinson
**Address:** 317 Teague St.
**City, State, Zip:** Longview, TX 75601
**Lien Holder:** TD Auto Finance LLC
**Address:** PO Box 997551
**City, State, Zip:** Sacramento, CA 95899
To whom it may concern:
Your vehicle has been impounded and stored at Wyatt's Towing, LLC 1210 N US
HWY 69, Mineola, TX 75773 (903)569-6060.  The vehicle was impounded by
authority of: DPS, Akin and accepted for storage on 05-15-13 .The vehicle was towed
from Hwy 80 County Line, Hawkins, TX , by Wyatt's Towing, LLC. 1210 N US HWY
69, Mineola, TX 75773 (903)569-6060.  The vehicle is a  Yr:  2011   Make:  Chevy
Model: 1500   Color: Black  LP# BU79396 and VIN# 3GCPCSEA9BG131994
Vehicles are released 24 hrs a day with one hour  notice.
The following charges have accrued:   "Total storage charges cannot be completed until
vehicle is claimed.  The storage charge will accrue daily until vehicle is released."

Daily storage rate: 3  @ $20.00 per day $60.00
Notification Fee $50.00        Other
Impound Fee $20.00       Sales Tax $4.05
Towing Fee $175.00        Total $561.05
Hook Up Fee $55.00
Mileage $72.00
Winching $
Clean Up Fee $125.00

If vehicle is to be moved to another location, where & when: _____
Questions or unresolved complaints about stored vehicles may be directed to: Texas
Department of Licensing and Regulation, P.O. Box 12157 Austin, TX 78711 or
512-463-6599 or WWW.license.state.tx.us/complaints or towing@license.state.tx.us
THE REGISTERED OWNER MUST BRING THEIR DRIVER'S LICENSE &
THE REGISTRATION TO RELEASE THEIR VEHICLE FROM STORAGE.



DEFENDANT'S
EXHIBIT
_____ A

06/03/2013 10:01 FAX 9037533          REPUBLIC BEVERAGE                          ☑003

# *Wyatt's Towing, LLC.*

1210 N US HWY 69
Mineola, TX 75773

Mineola                                    Quitman
903-569-6060                           903-878-2136

The owner or operator of a vehicle that has been removed and placed in a vehicle storage facility without the consent of the owner or operator of the vehicle is entitled to a hearing to determine whether probable cause existed for the removal and placement of the vehicle; and possible overcharges of towing fees.

A person entitled to a hearing under this chapter must deliver a written request for the hearing to the court before the 14th day after the date the vehicle was removed and placed in the vehicle storage facility, excluding Saturdays, Sundays, and legal holidays.  If notice was not given, the 14-day deadline for requesting a hearing does not apply, and the owner or operator of the vehicle may deliver a written request for a hearing at any time. A person who fails to deliver a request waives the right to a hearing

A request for a hearing must contain:
1. The name, address, and telephone number of the owner or operator of the vehicle;
2. The location from which the vehicle was removed;
3. The date when the vehicle was removed;
4. The name, address, and telephone number of the person, or law enforcement agency who authorized the removal;
5. The name, address, and telephone number of the vehicle storage facility where the vehicle was placed;
6. The name, address, and telephone number of the towing company that removed the vehicle;
7. A copy of any receipt or notification that the owner or operator received from the towing company or vehicle storage facility;
8. If the vehicle was removed from a parking facility, photographs showing the location and text of any signs posted at the facility restricting parking of vehicles or a statement that no signs restricting parking were posted at the parking facility.

The vehicle was removed by Wyatt's Towing, LLC. 1210 N US HWY 69, Mineola, TX 75773 (903)569-6060.
The vehicle was stored at Wyatt's Towing, LLC. 1210 N US HWY 69, Mineola, TX 75773 (903)569-6060.
The removal of the vehicle was authorized by D.P.S., 1001 E Coke Rd, Winnsboro, TX 75494 (903)342-0982.

The applicable Justice Court is the one having jurisdiction in the precinct in which the vehicle was stored:  Precinct #1 Judge Alice Tomerlin PO Box 1855 Quitman, TX 75783   903-763-4401

Precinct #2 Judge Neil Mosley 300 Greenville Hwy, Mineola, TX 75773 903-569-3802

Precinct #3 Judge Clancy Holmes 117 E Blackburn St. Hawkins, TX 75765 903-769-3517

06/03/2013 10:01 FAX 9037533.          REPUBLIC BEVERAGE                    ☑004

Precinct #4 Judge Cindy Weems   1001 E Coke Rd. Winnsboro, TX 75494 903-342-3079

The court may charge a filing fee of $20.00 for a hearing and may award court cost to the
prevailing party, reasonable cost of photographs to a vehicle owner or operator who is
the prevailing party; and possible overcharges of towing fees.

06/03/2013 10:00 FAX 9037533          REPUBLIC BEVERAGE                    ☒001

# FAX

Date: 6-3-13

Number of pages including cover sheet:   4

To: *Matthew Flanery*

Phone: 903-596-8080
Fax phone: 903-596-8086
CC:

From: *Terry Hinson*
*Cameron Hinson*

Phone:      903-758-7313
Fax phone:  903-753-3954

**REMARKS:**   ☑ Urgent      ☐ For your review      ☐ Reply ASAP      ☐ Please comment



**DEFENDANT'S EXHIBIT**
tabbies
B

**DEPOSITION EXHIBIT**
4

Case No. 2:15-cv-00713
DJG's Exhibit 126

: 00164

 

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 3GCPCSEA9BG131994 |
| User | ECF |
| Case Number | |
| EDR Data Imaging Date | 02/28/2014 |
| Crash Date | |
| Filename | 3GCPCSEA9BG131994_ACM.CDRX |
| Saved on | Friday, February 28 2014 at 09:02:55 |
| Collected with CDR version | Crash Data Retrieval Tool 12.1 |
| Reported with CDR version | Crash Data Retrieval Tool 12.1 |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | Deployment, Deployment |

## Comments

Direct to module download

Case No. 2:15-cv-00713
DJG's Exhibit 11

## Data Limitations

**Recorded Crash Events:**
There are two types of recorded crash events for Front, Side, and Rear (FSR) Events. The first is the Non-Deployment Event. A Non-Deployment Event records data but does not deploy the air bag(s). The minimum SDM Recorded Vehicle Velocity Change, that is needed to record a Non-Deployment Event, is five MPH [8 km/h]. A Non-Deployment Event contains Pre-Crash and Crash data. The oldest Non-Deployment event can be overwritten by a Deployment Event, if all three records are full and the Non-Deployment Event is not locked. Non-Deployment Events can be overwritten after approximately 250 ignition cycles. Also, a Non-Deployment event can be recorded if one of the following occurs without the Deployment of any of the frontal air bags, side air bags, or roll bars:
- Pretensioner(s) only Deployment
- Head Rest Deployment
- Battery Cut-Off Deployment

The second type of SDM recorded crash event for FSR Events is the Deployment Event. It also contains Pre-Crash and Crash data. Deployment Events cannot be overwritten or cleared by the SDM.
There are also two types of recorded crash events for Rollover Events. The first is the Non-Deployment (Non-rollover) Event. A Non-Deployment Event records data but does not deploy the air bag(s). A Non-Deployment Event contains Pre-Crash and Crash data. Non-Deployment Rollover event follow the same rules as FSR Non-Deployment events. The SDM can store up to three Events.

**Data:**
For FSR Events, SDM Recorded Vehicle Velocity Change reflects the change in velocity that the sensing system experienced during the recorded portion of the event. SDM Recorded Vehicle Velocity Change is the change in velocity during the recording time and is not the speed the vehicle was traveling before the event, and is also not the Barrier Equivalent Velocity. For Deployment Events, the SDM will record 220 milliseconds of data after the Deployment criteria is met and up to 70 milliseconds of data before the Deployment criteria is met. For Non-Deployment Events, the SDM will record the first 300 milliseconds of data after algorithm enable.
For Rollover Events, the SDM may record Lateral Acceleration and Roll Rate data, if the SDM is rollover capable. This data reflects what the sensing system experienced during the recorded portion of the event. For Non-Deployment (Non-rollover) Events, the SDM will record 750 milliseconds of data before a calibrated angle threshold is reached. For Deployment Events, the SDM will record up to 490 milliseconds of data before the Deployment criteria is met and 250 milliseconds of data after the Deployment criteria is met.
- Time between events is recorded in 10 msec intervals and is displayed in seconds for a maximum time of 655.33 seconds. The counter measures the time from the start of one event to the start of the next event if both events occur within the same ignition cycle.
- The CDR tool displays time from Algorithm Enable (AE) to time of Deployment command in a Deployment event and AE to time of maximum SDM recorded vehicle velocity change in a Non-Deployment event. Time from AE begins when the first air bag system enable threshold is met and ends when Deployment command criteria is met or at maximum SDM recorded vehicle velocity change. Any air bag systems may be a source of an enable.
- Time From Algorithm Enable to Maximum SDM Recorded Vehicle Velocity Change is captured when the largest, absolute value of either the Longitudinal or Lateral Recorded Vehicle Velocity Change occurs. The Maximum may



DEFENDANT'S EXHIBIT

C

 

occur between the recorded 10 millisecond sample points.
-Event Recording Complete will indicate if data from the recorded event has been fully written to the SDM memory or if it has been interrupted and not fully written.
-SDM Recorded Vehicle Speed accuracy can be affected by various factors, including but not limited to the following:
      -Significant changes in the tire's rolling radius
      -Final drive axle ratio changes
      -Wheel lockup and wheel slip
-Brake Switch Circuit Status indicates the open/closed state of the brake switch circuit.
-Pre-Crash data is recorded asynchronously.  The 0.5 second Pre-crash data value (most recent recorded data point) is the data point last sampled before AE.  That is to say, the last data point may have been captured just before AE but no more than 0.5 second before AE.  All subsequent Pre-crash data values are referenced from this data point.
-Pre-Crash Electronic Data Validity Check Status indicates "Data Invalid" if:
      -The SDM receives a message with an "invalid" flag from the module sending the pre-crash data
-Pre-Crash Electronic Data Validity Check Status indicates "Data Not Available" if:
      -No data is received from the module sending the pre-crash data
-Belt Switch Circuit Status indicates the status of the seat belt switch circuit.
-The ignition cycle counter will increment when the power mode cycles from OFF/Accessory to RUN.  Applying and removing of battery power to the module will not increment the ignition cycle counter.
-Ignition Cycles Since DTCs Were Last Cleared can record a maximum value of 253 cycles and can only be reset by a scan tool.
-Deployment Event Counter tracks the number of Deployment events that have occurred during the SDM's lifetime.
-Event Counter tracks the number of qualified events (either Deployments, Non-deploy, or Rollover events) that have occurred during the SDM's lifetime.
-The Algorithm Enable to Deployment Command Criteria Met times for the following will be indicated for whichever occurs first:
      -Driver Thorax or Driver Curtain
      -Passenger Thorax or Passenger Curtain
      -Driver Pretensioner Loop #1 or Driver Pretensioner Loop #2
      -Passenger Pretensioner Loop #1 or Passenger Pretensioner Loop #2
-For Deployment Events, DTC B0052 (Deployment commanded) shall be recorded with the remainder of the data for this event even though it occurred after Event Enable.
-Once a firing loop has been commanded to be deployed, it will not be commanded to be deployed again during the same ignition cycle.  Firing loop times for subsequent deployment type events, during the same ignition cycle, will record the deployment times as N/A.
-The reported range of the longitudinal and lateral acceleration values is approximately ± 50 g.
-All data should be examined in conjunction with other available physical evidence from the vehicle and scene.

**Data Source:**
All SDM recorded data is measured, calculated, and stored internally, except for the following:
-Vehicle Status Data (Pre-Crash) is transmitted to the SDM, by Body Control Module, via the vehicle's communication network.
-The Belt Switch Circuit is wired directly to the SDM.

**Data Element Sign Convention:**
The following table provides an explanation of the sign notation for data elements that may be included in this CDR report.  Directional references to sign notation are all from the perspective of the driver when seated in the vehicle facing the direction of forward vehicle travel.

| Data Element Notation | Positive Sign |
|---|---|
| Longitudinal Velocity Change | Forward |
| Lateral Acceleration | Left to Right |
| Lateral Velocity Change | Left to Right |
| Roll Rate | Clockwise Rotation |

**Hexadecimal Data:**

 

Data that the vehicle manufacturer has specified for data retrieval is shown in the hexadecimal data section of the CDR report.  The hexadecimal data section of the CDR report may contain data that is not translated by the CDR program. The control module contains additional data that is not retrievable by the CDR tool.

01041_SDM11-delphi_r013

 

## Event Data (General)

| | |
|---|---|
| Ignition Cycles At Investigation | 5543 |
| ESS # 1 Traceability Data | AU00000000000000 |
| ESS # 2 Traceability Data | AT00000000000000 |
| ESS # 3 Traceability Data | AH00000000000000 |
| ESS # 4 Traceability Data | AJ00000000000000 |
| ESS # 5 Traceability Data | DA00000000000000 |
| ESS # 6 Traceability Data | DB00000000000000 |
| ESS # 7 Traceability Data | ??00000000000000 |
| ESS # 8 Traceability Data | ??00000000000000 |
| Dynamic Deployment Event Counter | 2 |
| Dynamic Event Counter | 2 |
| Dynamic OnStar Notification Event Counter | 1 |
| Vehicle Identification Number | ????????????????? |
| System Type | Delphi |
| Manufacturing Traceability Data | AS6749KZ0215LF0X |
| Software Module Identifier 1 | 00CE1591 |
| Software Module Identifier 2 | 018B1D64 |
| Software Module Identifier 3 | 01AE4BE4 |
| End Model Part Number | 00CF2A2D |

 

## Event Data (Event Record 1)

| | |
|---|---|
| Event Recording Complete | Yes |
| Event Record Type | Deployment |
| Crash Record Locked | Yes |
| OnStar Deployment Status Data Sent | Yes |
| OnStar SDM Recorded Vehicle Velocity Change Data Sent | Yes |
| Deployment Event Counter | 1 |
| Event Counter | 1 |
| OnStar Notification Event Counter | 1 |
| Algorithm Active:  Rear | Yes |
| Algorithm Active:  Rollover | Yes |
| Algorithm Active:  Side | Yes |
| Algorithm Active:  Frontal | Yes |
| Ignition Cycles At Event | 5542 |
| Time Between Events (sec) | Data Not Available |
| Concurrent Event Flag Set | No |
| Event Severity Status:  Rollover | No |
| Event Severity Status:  Rear | No |
| Event Severity Status:  Right Side | No |
| Event Severity Status:  Left Side | No |
| Event Severity Status:  Frontal Stage 2 | Yes |
| Event Severity Status:  Frontal Stage 1 | Yes |
| Event Severity Status:  Frontal Pretensioner | No |
| Driver 1st Stage Deployment Loop Commanded | No |
| Passenger 1st Stage Deployment Loop Commanded | Yes |
| Driver 2nd Stage Deployment Loop Commanded | Yes |
| Passenger 2nd Stage Deployment Loop Commanded | Yes |
| Driver Pretensioner Deployment Loop #1 Commanded | Yes |
| Passenger Pretensioner Deployment Loop #1 Commanded | Yes |
| Driver Pretensioner Deployment Loop #2 Commanded | No |
| Passenger Pretensioner Deployment Loop #2 Commanded | No |
| Driver Thorax Loop Commanded (If Equipped) | No |
| Passenger Thorax Loop Commanded (If Equipped) | Yes |
| Left Row 2 Thorax Loop Commanded (If Equipped) | No |
| Right Row 2 Thorax Loop Commanded (If Equipped) | No |
| Driver Row 1 Roof Rail/Head Curtain Loop Commanded (If Equipped) | No |
| Passenger Row 1 Roof Rail/Head Curtain Loop Commanded (If Equipped) | Yes |
| Left Row 2 Roof Rail/Head Curtain Loop Commanded (If Equipped) | Yes |
| Right Row 2 Roof Rail/Head Curtain Loop Commanded (If Equipped) | No |
| Left Row 3 Roof Rail/Head Curtain Loop Commanded (If Equipped) | No |
| Right Row 3 Roof Rail/Head Curtain Loop Commanded (If Equipped) | No |
| Driver Knee Deployment Loop Commanded (If Equipped) | No |
| Passenger Knee Deployment Loop Commanded (If Equipped) | No |
| Left Row 2 Pretensioner Deployment Loop Commanded | No |
| Right Row 2 Pretensioner Deployment Loop Commanded | No |
| Center Row 2 Pretensioner Deployment Loop Commanded (If Equipped) | No |
| Battery Cutoff Loop Commanded (If Equipped) | No |
| Driver Roll Bar Loop Commanded (If Equipped) | No |
| Passenger Roll Bar Loop Commanded (If Equipped) | No |
| Steering Column Energy Absorbing Loop Commanded (If Equipped) | No |
| Driver Head Rest Loop Commanded (If Equipped) | No |
| Passenger Head Rest Loop Commanded (If Equipped) | No |
| Left Row 2 Head Rest Loop Commanded (If Equipped) | No |
| Right Row 2 Head Rest Loop Commanded (If Equipped) | No |
| Center Row 2 Head Rest Loop Commanded (If Equipped) | No |
| High Voltage Battery Cutoff Loop Commanded (If Equipped) | No |
| Driver Belt Switch Circuit Status | Buckled |
| Passenger Belt Switch Circuit Status | Buckled |
| Driver Seat Position Status | Rearward |
| Passenger Seat Position Status | Rearward |
| Passenger Seat Occupancy Status | Occupied |
| Passenger Classification Status | Small Adult |
| Low Tire Pressure Warning Lamp | Data Not Available |

 

| | |
|---|---|
| SIR Warning Lamp Status | Off |
| SIR Warning Lamp ON/OFF Time Continuously (seconds) | 655330 |
| Number of Ignition Cycles SIR Warning Lamp was ON/OFF Continuously | 5534 |
| Ignition Cycles Since DTCs Were Last Cleared at Event Enable | 253 |
| Time From Algorithm Enable to Maximum SDM Recorded Vehicle Velocity Change (msec) | 290 |
| Longitudinal SDM Recorded Vehicle Velocity Change at time of Maximum SDM Recorded Vehicle Velocity Change MPH [km/h] | -30 [-49] |
| Lateral SDM Recorded Vehicle Velocity Change at time of Maximum SDM Recorded Vehicle Velocity Change  MPH [km/h] | 16 [ 26] |
| Driver 1st Stage Time From Algorithm Enable to Deployment Command Criteria Met (msec) | 9 |
| Driver 2nd Stage Time From Algorithm Enable to Deployment Command Criteria Met (msec) | 12 |
| Passenger 1st Stage Time From Algorithm Enable to Deployment Command Criteria Met (msec) | 9 |
| Passenger 2nd Stage Time From Algorithm Enable to Deployment Command Criteria Met (msec) | 12 |
| Driver Thorax/Curtain Time From Algorithm Enable to Deployment Command Criteria Met (msec) | 9 |
| Passenger Thorax/Curtain Time From Algorithm Enable to Deployment Command Criteria Met (msec) | 9 |
| Driver Pretensioner Time From Algorithm Enable to Deployment Loop #1 or Loop #2 Command Criteria Met (msec) | 9 |
| Passenger Pretensioner Time From Algorithm Enable to Deployment Loop #1 or Loop #2 Command Criteria Met (msec) | 9 |

 

## DTCs Present at Time of Event (Event Record 1)

B0052-00

 

### Pre-Crash Data -1 to -.5 sec (Event Record 1)

| Times (sec) | Cruise Control Active | Cruise Control Resume Switch Active | Cruise Control Set Switch Active | Engine Torque (lb-ft [N-m]) | Reduced Engine Power Mode Indicator |
|---|---|---|---|---|---|
| -1.0 | Data Not Available | Data Not Available | Data Not Available | 188 [ 254] | Off |
| -0.5 | Data Not Available | Data Not Available | Data Not Available | 51 [ 68] | Off |

### Pre-Crash Data -2.5 to -.5 sec (Event Record 1)

| Times (sec) | Accelerator Pedal Position (percent) | Brake Switch Circuit State | Engine Speed | Throttle Position (%) | Vehicle Speed (MPH [km/h]) |
|---|---|---|---|---|---|
| -2.5 | 24 | Off | 1600 | 38 | 65 [ 104] |
| -2.0 | 23 | Off | 1600 | 38 | 65 [ 104] |
| -1.5 | 23 | Off | 1664 | 38 | 65 [ 105] |
| -1.0 | 0 | Off | 1600 | 23 | 65 [ 105] |
| -0.5 | 0 | On | 1600 | 20 | 64 [ 103] |

 



| Time (msec) | Delta-V, longitudinal (MPH) | Delta-V, longitudinal (km/h) |
|---|---|---|
| -70 | 0.0 | 0.0 |
| -60 | 0.0 | 0.0 |
| -50 | 0.0 | 0.0 |
| -40 | 0.0 | 0.0 |
| -30 | 0.0 | 0.0 |
| -20 | 0.0 | 0.0 |
| -10 | 0.0 | 0.0 |
| 0 | -1.2 | -2.0 |
| 10 | -3.7 | -6.0 |
| 20 | -6.8 | -11.0 |
| 30 | -11.8 | -19.0 |
| 40 | -17.4 | -28.0 |
| 50 | -18.0 | -29.0 |
| 60 | -19.9 | -32.0 |
| 70 | -22.4 | -36.0 |
| 80 | -25.5 | -41.0 |
| 90 | -27.3 | -44.0 |
| 100 | -28.6 | -46.0 |
| 110 | -29.2 | -47.0 |
| 120 | -29.2 | -47.0 |
| 130 | -29.8 | -48.0 |

| Time (msec) | Delta-V, longitudinal (MPH) | Delta-V, longitudinal (km/h) |
|---|---|---|
| 140 | -29.8 | -48.0 |
| 150 | -29.8 | -48.0 |
| 160 | -30.4 | -49.0 |
| 170 | -30.4 | -49.0 |
| 180 | -30.4 | -49.0 |
| 190 | -29.8 | -48.0 |
| 200 | -29.8 | -48.0 |
| 210 | -29.8 | -48.0 |
| 220 | -29.8 | -48.0 |

 **BOSCH**

 *CDR CRASH DATA RETRIEVAL*



**3GCPCSEA9BG131994**
SDM Recorded Vehicle Lateral Velocity Change (Event Record 1)

| Time (msec) | Delta-V, lateral (MPH) | Delta-V, lateral (km/h) |
|---|---|---|
| -70 | 0.0 | 0.0 |
| -60 | 0.0 | 0.0 |
| -50 | 0.0 | 0.0 |
| -40 | 0.0 | 0.0 |
| -30 | 0.0 | 0.0 |
| -20 | 0.0 | 0.0 |
| -10 | 0.0 | 0.0 |
| 0 | 0.0 | 0.0 |
| 10 | 0.6 | 1.0 |
| 20 | 2.5 | 4.0 |
| 30 | 5.0 | 8.0 |
| 40 | 6.2 | 10.0 |
| 50 | 11.2 | 18.0 |
| 60 | 14.9 | 24.0 |
| 70 | 15.5 | 25.0 |
| 80 | 15.5 | 25.0 |
| 90 | 14.9 | 24.0 |
| 100 | 14.9 | 24.0 |
| 110 | 14.9 | 24.0 |
| 120 | 14.9 | 24.0 |
| 130 | 14.9 | 24.0 |

| Time (msec) | Delta-V, lateral (MPH) | Delta-V, lateral (km/h) |
|---|---|---|
| 140 | 15.5 | 25.0 |
| 150 | 16.2 | 26.0 |
| 160 | 16.2 | 26.0 |
| 170 | 16.2 | 26.0 |
| 180 | 16.2 | 26.0 |
| 190 | 16.2 | 26.0 |
| 200 | 16.2 | 26.0 |
| 210 | 16.2 | 26.0 |
| 220 | 16.2 | 26.0 |

 

SDM Recorded Vehicle Lateral Acceleration (Event Record 1)

Contains No Recorded Data

 **BOSCH**



SDM Recorded Vehicle Roll Rate (Event Record 1)

Contains No Recorded Data

 



| Time | G | | Time | G |
|------|------|---|------|------|
| 2 | 0.0 | | 52 | -21.1 |
| 4 | -0.7 | | 54 | -12.4 |
| 6 | -2.9 | | 56 | -14.5 |
| 8 | -5.8 | | 58 | -6.5 |
| 10 | -8.7 | | 60 | -7.3 |
| 12 | -13.8 | | 62 | 0.0 |
| 14 | -13.1 | | 64 | 24.7 |
| 16 | -12.4 | | 66 | 7.3 |
| 18 | -12.4 | | 68 | -10.2 |
| 20 | -11.6 | | 70 | -16.0 |
| 22 | -5.1 | | 72 | -20.4 |
| 24 | -10.9 | | 74 | -16.0 |
| 26 | -18.2 | | 76 | -19.6 |
| 28 | -18.9 | | 78 | -9.4 |
| 30 | -13.8 | | 80 | -8.0 |
| 32 | -8.7 | | 82 | -10.2 |
| 34 | -20.4 | | 84 | -14.5 |
| 36 | -37.1 | | 86 | -14.5 |
| 38 | -32.7 | | 88 | -14.5 |
| 40 | -26.9 | | 90 | -13.1 |
| 42 | -4.4 | | 92 | -12.4 |
| 44 | 2.2 | | 94 | -8.7 |
| 46 | -17.4 | | 96 | -8.7 |
| 48 | -47.2 | | 98 | -7.3 |
| 50 | -24.7 | | 100 | -7.3 |

 



| Time | G |
|------|-----|
| 2 | 0.0 |
| 4 | 0.0 |
| 6 | 0.0 |
| 8 | 0.0 |
| 10 | 0.7 |
| 12 | 0.7 |
| 14 | -2.9 |
| 16 | 2.2 |
| 18 | 7.3 |
| 20 | 7.3 |
| 22 | 8.0 |
| 24 | 0.0 |
| 26 | 8.0 |
| 28 | 2.2 |
| 30 | 5.8 |
| 32 | 10.2 |
| 34 | 23.3 |
| 36 | 32.0 |
| 38 | 16.7 |
| 40 | 26.9 |
| 42 | -29.1 |
| 44 | -16.0 |
| 46 | -13.8 |
| 48 | 9.4 |
| 50 | 26.2 |

| Time | G |
|------|-----|
| 52 | 13.8 |
| 54 | 40.0 |
| 56 | 40.0 |
| 58 | 2.2 |
| 60 | 18.2 |
| 62 | 15.3 |
| 64 | 4.4 |
| 66 | 5.8 |
| 68 | 21.1 |
| 70 | 42.9 |
| 72 | 13.8 |
| 74 | -1.5 |
| 76 | 9.4 |
| 78 | 5.8 |
| 80 | -4.4 |
| 82 | 2.2 |
| 84 | 10.9 |
| 86 | 3.6 |
| 88 | -2.9 |
| 90 | -2.9 |
| 92 | -0.7 |
| 94 | 0.0 |
| 96 | 0.0 |
| 98 | -2.9 |
| 100 | -4.4 |

 

## Event Data (Event Record 2)

| | |
|---|---|
| Event Recording Complete | Yes |
| Event Record Type | Deployment |
| Crash Record Locked | Yes |
| OnStar Deployment Status Data Sent | Yes |
| OnStar SDM Recorded Vehicle Velocity Change Data Sent | No |
| Deployment Event Counter | 2 |
| Event Counter | 2 |
| OnStar Notification Event Counter | 1 |
| Algorithm Active:  Rear | Yes |
| Algorithm Active:  Rollover | Yes |
| Algorithm Active:  Side | Yes |
| Algorithm Active:  Frontal | Yes |
| Ignition Cycles At Event | 5542 |
| Time Between Events (sec) | 0.05 |
| Concurrent Event Flag Set | Yes |
| Event Severity Status:  Rollover | Yes |
| Event Severity Status:  Rear | No |
| Event Severity Status:  Right Side | No |
| Event Severity Status:  Left Side | No |
| Event Severity Status:  Frontal Stage 2 | No |
| Event Severity Status:  Frontal Stage 1 | No |
| Event Severity Status:  Frontal Pretensioner | No |
| Driver 1st Stage Deployment Loop Commanded | No |
| Passenger 1st Stage Deployment Loop Commanded | No |
| Driver 2nd Stage Deployment Loop Commanded | No |
| Passenger 2nd Stage Deployment Loop Commanded | No |
| Driver Pretensioner Deployment Loop #1 Commanded | No |
| Passenger Pretensioner Deployment Loop #1 Commanded | No |
| Driver Pretensioner Deployment Loop #2 Commanded | No |
| Passenger Pretensioner Deployment Loop #2 Commanded | No |
| Driver Thorax Loop Commanded (If Equipped) | No |
| Passenger Thorax Loop Commanded (If Equipped) | No |
| Left Row 2 Thorax Loop Commanded (If Equipped) | No |
| Right Row 2 Thorax Loop Commanded (If Equipped) | No |
| Driver Row 1 Roof Rail/Head Curtain Loop Commanded (If Equipped) | No |
| Passenger Row 1 Roof Rail/Head Curtain Loop Commanded (If Equipped) | No |
| Left Row 2 Roof Rail/Head Curtain Loop Commanded (If Equipped) | No |
| Right Row 2 Roof Rail/Head Curtain Loop Commanded (If Equipped) | No |
| Left Row 3 Roof Rail/Head Curtain Loop Commanded (If Equipped) | No |
| Right Row 3 Roof Rail/Head Curtain Loop Commanded (If Equipped) | No |
| Driver Knee Deployment Loop Commanded (If Equipped) | No |
| Passenger Knee Deployment Loop Commanded (If Equipped) | No |
| Left Row 2 Pretensioner Deployment Loop Commanded | No |
| Right Row 2 Pretensioner Deployment Loop Commanded | No |
| Center Row 2 Pretensioner Deployment Loop Commanded (If Equipped) | No |
| Battery Cutoff Loop Commanded (If Equipped) | No |
| Driver Roll Bar Loop Commanded (If Equipped) | No |
| Passenger Roll Bar Loop Commanded (If Equipped) | No |
| Steering Column Energy Absorbing Loop Commanded (If Equipped) | No |
| Driver Head Rest Loop Commanded (If Equipped) | No |
| Passenger Head Rest Loop Commanded (If Equipped) | No |
| Left Row 2 Head Rest Loop Commanded (If Equipped) | No |
| Right Row 2 Head Rest Loop Commanded (If Equipped) | No |
| Center Row 2 Head Rest Loop Commanded (If Equipped) | No |
| High Voltage Battery Cutoff Loop Commanded (If Equipped) | No |
| Driver Belt Switch Circuit Status | Buckled |
| Passenger Belt Switch Circuit Status | Buckled |
| Driver Seat Position Status | Rearward |
| Passenger Seat Position Status | Rearward |
| Passenger Seat Occupancy Status | Occupied |
| Passenger Classification Status | Small Adult |
| Low Tire Pressure Warning Lamp | Data Not Available |

 

| | |
|---|---|
| SIR Warning Lamp Status | Off |
| SIR Warning Lamp ON/OFF Time Continuously (seconds) | 655330 |
| Number of Ignition Cycles SIR Warning Lamp was ON/OFF Continuously | 5534 |
| Ignition Cycles Since DTCs Were Last Cleared at Event Enable | 253 |
| Time From Algorithm Enable to Maximum SDM Recorded Vehicle Velocity Change (msec) | Data Not Available |
| Longitudinal SDM Recorded Vehicle Velocity Change at time of Maximum SDM Recorded Vehicle Velocity Change MPH [km/h] | Data Not Available |
| Lateral SDM Recorded Vehicle Velocity Change at time of Maximum SDM Recorded Vehicle Velocity Change  MPH [km/h] | Data Not Available |
| Driver 1st Stage Time From Algorithm Enable to Deployment Command Criteria Met (msec) | Data Not Available |
| Driver 2nd Stage Time From Algorithm Enable to Deployment Command Criteria Met (msec) | Data Not Available |
| Passenger 1st Stage Time From Algorithm Enable to Deployment Command Criteria Met (msec) | Data Not Available |
| Passenger 2nd Stage Time From Algorithm Enable to Deployment Command Criteria Met (msec) | Data Not Available |
| Driver Thorax/Curtain Time From Algorithm Enable to Deployment Command Criteria Met (msec) | Data Not Available |
| Passenger Thorax/Curtain Time From Algorithm Enable to Deployment Command Criteria Met (msec) | Data Not Available |
| Driver Pretensioner Time From Algorithm Enable to Deployment Loop #1 or Loop #2 Command Criteria Met (msec) | Data Not Available |
| Passenger Pretensioner Time From Algorithm Enable to Deployment Loop #1 or Loop #2 Command Criteria Met (msec) | Data Not Available |

 **BOSCH**

 CRASH DATA RETRIEVAL

## DTCs Present at Time of Event (Event Record 2)

B0052-00

 

### Pre-Crash Data -1 to -.5 sec (Event Record 2)

| Times (sec) | Cruise Control Active | Cruise Control Resume Switch Active | Cruise Control Set Switch Active | Engine Torque (lb-ft [N-m]) | Reduced Engine Power Mode Indicator |
|---|---|---|---|---|---|
| -1.0 | Data Not Available | Data Not Available | Data Not Available | 188 [ 254] | Off |
| -0.5 | Data Not Available | Data Not Available | Data Not Available | 51 [ 68] | Off |

### Pre-Crash Data -2.5 to -.5 sec (Event Record 2)

| Times (sec) | Accelerator Pedal Position (percent) | Brake Switch Circuit State | Engine Speed | Throttle Position (%) | Vehicle Speed (MPH [km/h]) |
|---|---|---|---|---|---|
| -2.5 | 24 | Off | 1600 | 38 | 65 [ 104] |
| -2.0 | 23 | Off | 1600 | 38 | 65 [ 104] |
| -1.5 | 23 | Off | 1664 | 38 | 65 [ 105] |
| -1.0 | 0 | Off | 1600 | 23 | 65 [ 105] |
| -0.5 | 0 | Off | 1600 | 20 | 65 [ 104] |

 

SDM Recorded Vehicle Longitudinal Velocity (Event Record 2)

Contains No Recorded Data

 

SDM Recorded Vehicle Lateral Velocity Change (Event Record 2)

Contains No Recorded Data

 



| Time | g | | Time | g | | Time | g |
|------|-----|---|------|-----|---|------|-----|
| -490 | 0.7 | | -240 | 0.9 | | 10 | 4.9 |
| -480 | 0.7 | | -230 | 0.8 | | 20 | 5.5 |
| -470 | 0.8 | | -220 | 0.8 | | 30 | 4.9 |
| -460 | 0.9 | | -210 | 0.7 | | 40 | 2.9 |
| -450 | 0.9 | | -200 | 0.7 | | 50 | 0.7 |
| -440 | 0.9 | | -190 | 0.7 | | 60 | -0.4 |
| -430 | 0.9 | | -180 | 0.7 | | 70 | -0.8 |
| -420 | 0.9 | | -170 | 0.8 | | 80 | -0.5 |
| -410 | 0.9 | | -160 | 0.8 | | 90 | 0.4 |
| -400 | 0.9 | | -150 | 0.8 | | 100 | 1.3 |
| -390 | 0.9 | | -140 | 0.8 | | 110 | 1.7 |
| -380 | 0.9 | | -130 | 0.8 | | 120 | 1.5 |
| -370 | 0.9 | | -120 | 0.7 | | 130 | 1.1 |
| -360 | 0.9 | | -110 | 0.7 | | 140 | 0.7 |
| -350 | 1.0 | | -100 | 0.7 | | 150 | 0.4 |
| -340 | 1.0 | | -90 | 0.7 | | 160 | 0.2 |
| -330 | 1.0 | | -80 | 0.7 | | 170 | 0.2 |
| -320 | 0.9 | | -70 | 0.7 | | 180 | 0.2 |
| -310 | 0.9 | | -60 | 0.7 | | 190 | 0.2 |
| -300 | 0.9 | | -50 | 0.7 | | 200 | 0.2 |
| -290 | 0.9 | | -40 | 1.0 | | 210 | 0.2 |
| -280 | 0.9 | | -30 | 1.9 | | 220 | 0.5 |
| -270 | 0.9 | | -20 | 3.3 | | 230 | 0.8 |
| -260 | 0.9 | | -10 | 2.9 | | 240 | 0.9 |
| -250 | 0.9 | | 0 | 3.7 | | 250 | 0.7 |






| Time | deg/sec |
|------|---------|
| -490 | 10 |
| -480 | 10 |
| -470 | 10 |
| -460 | 10 |
| -450 | 0 |
| -440 | 0 |
| -430 | 0 |
| -420 | 0 |
| -410 | 0 |
| -400 | 0 |
| -390 | 0 |
| -380 | 0 |
| -370 | 0 |
| -360 | 0 |
| -350 | -8 |
| -340 | -8 |
| -330 | -10 |
| -320 | -10 |
| -310 | -10 |
| -300 | -10 |
| -290 | -10 |
| -280 | -10 |
| -270 | -10 |
| -260 | -10 |
| -250 | -10 |

| Time | deg/sec |
|------|---------|
| -240 | -8 |
| -230 | 0 |
| -220 | 0 |
| -210 | 0 |
| -200 | 0 |
| -190 | 0 |
| -180 | 0 |
| -170 | 0 |
| -160 | 8 |
| -150 | 10 |
| -140 | 12 |
| -130 | 14 |
| -120 | 14 |
| -110 | 14 |
| -100 | 14 |
| -90 | 16 |
| -80 | 14 |
| -70 | 14 |
| -60 | 14 |
| -50 | 20 |
| -40 | 58 |
| -30 | 46 |
| -20 | 94 |
| -10 | -122 |
| 0 | -254 |

| Time | deg/sec |
|------|---------|
| 10 | -234 |
| 20 | -138 |
| 30 | -162 |
| 40 | -98 |
| 50 | -80 |
| 60 | -68 |
| 70 | 10 |
| 80 | 0 |
| 90 | 14 |
| 100 | 8 |
| 110 | 12 |
| 120 | -8 |
| 130 | -16 |
| 140 | -20 |
| 150 | -38 |
| 160 | -18 |
| 170 | -22 |
| 180 | -22 |
| 190 | -22 |
| 200 | -26 |
| 210 | -26 |
| 220 | -22 |
| 230 | -20 |
| 240 | 0 |
| 250 | 0 |

 

SDM Recorded Vehicle Longitudinal Acceleration After FSR Enable (Event Record 2)

Contains No Recorded Data

 

SDM Recorded Vehicle Lateral Acceleration After FSR Enable (Event Record 2)

Contains No Recorded Data

 

## Hexadecimal Data

Data that the vehicle manufacturer has specified for data retrieval is shown in the hexadecimal
data section of the CDR report. The hexadecimal data section of the CDR report may contain data
that is not translated by the CDR program.  The control module contains additional data that is not
retrievable by the CDR system.

```
DPID $11
FC F0 00 FC C6 0C 00

DPID $15
01 02 03 04 05 06 22

DPID $16
22 09 0A 0D 0E 22 22

DPID $17
22 22 22 22 00 00 00

DPID $32
00 FF 15 A7 00 00 00

DPID $35
78 00 00 00 00 00 00

DID $01
41 55 30 30 30 30 30 30 30 30 30 30 30 30 30 30

DID $03
41 54 30 30 30 30 30 30 30 30 30 30 30 30 30 30

DID $05
41 48 30 30 30 30 30 30 30 30 30 30 30 30 30 30

DID $07
41 4A 30 30 30 30 30 30 30 30 30 30 30 30 30 30

DID $09
44 41 30 30 30 30 30 30 30 30 30 30 30 30 30 30

DID $0B
44 42 30 30 30 30 30 30 30 30 30 30 30 30 30 30

DID $0D
01 00 30 30 30 30 30 30 30 30 30 30 30 30 30 30

DID $0F
01 00 30 30 30 30 30 30 30 30 30 30 30 30 30 30

DID $30
02 00 02 01

DID $90
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

DID $9A
06 01

DID $B4
41 53 36 37 34 39 4B 5A 30 32 31 35 4C 46 30 58
```

 BOSCH 

```
DID $C1
00 CE 15 91

DID $C2
01 8B 1D 64

DID $C3
01 AE 4B E4

DID $CB
00 CF 2A 2D

DID $31

0000    A5 F0 01 00 01 01 0F 15 A6 FF
0010    FF 00 FF FF 18 EB 23 00 00 00
0020    5C FC FC 00 20 60 C0 40 00 00
0030    17 17 18 40 00 FF F0 19 19 1A
0040    19 19 07 29 08 9D 14 17 26 26
0050    26 67 69 69 68 68 0C FF FD 15
0060    9E FD 80 52 00 FF FF FF FF FF
0070    FF FF FF FF FF FF FF FF FF FF
0080    FF FF FF FF FF FF FF FF FF 1D
0090    4E 99 03 04 03 04 03 03 03 03
0100    7F 7F 7F 7F 7F 7F 7F 7F 7F 7F
0110    7F 7F 7F 7F 7D 7F 79 80 74 83
0120    6C 87 63 89 62 91 5F 97 5B 98
0130    56 98 53 97 51 97 50 97 50 97
0140    4F 97 4F 98 4F 99 4E 99 4E 99
0150    4E 99 4F 99 4F 99 4F 99 4F 99
0160    FF FF FF FF FF FF FF FF FF FF
0170    FF FF FF FF FF FF FF FF FF FF
0180    FF FF FF FF FF FF FF FF FF FF
0190    FF FF FF FF FF FF FF FF FF FF
0200    FF FF FF FF FF FF FF FF FF FF
0210    FF FF FF FF FF FF FF FF FF FF
0220    FF FF FF FF FF FF FF FF FF FF
0230    FF FF FF FF FF FF FF FF FF FF
0240    FF FF FF FF FF FF FF FF FF FF
0250    FF FF FF FF FF FF FF FF FF FF
0260    FF FF FF FF FF FF FF FF FF FF
0270    FF FF FF FF FF FF FF FF FF FF
0280    FF FF FF FF FF FF FF FF FF FF
0290    FF FF FF FF FF FF FF FF FF FF
0300    FF FF FF FF FF FF FF FF FF FF
0310    FF FF FF FF FF FF FF FF FF FF
0320    FF FF FF FF FF FF FF FF FF FF
0330    FF FF FF FF FF FF FF FF FF FF
0340    FF FF FF FF FF FF FF FF FF FF
0350    FF FF FF FF FF FF FF FF FF FF
0360    FF FF FF FF FF FF FF FF FF FF
0370    FF FF FF FF FF FF FF FF FF FF
0380    FF FF FF FF FF 7F 7E 7B 77
0390    73 6C 6D 6E 6E 6F 78 70 66 65
0400    6C 73 63 4C 52 5A 79 82 67 3E
0410    5D 62 6E 6B 76 75 7F A1 89 71
0420    69 63 69 64 72 74 71 6B 6B 6B
0430    6D 6E 73 73 75 75 7F 7F 7F 7F
0440    80 80 7B 82 89 89 8A 7F 8A 82
0450    87 8D 9F AB 96 A4 57 69 6C 8C
0460    A3 92 B6 B6 82 98 94 85 87 9C
0470    BA 92 7D 8C 87 79 82 8E 84 7B
0480    7B 7E 7F 7F 7B 79 00 00 00 00
```

 **BOSCH**

 **CDR** *CRASH DATA RETRIEVAL*

```
0490    00 00 00 00 00 00 00 00 00 00 00

DID $32

0000    A5 E0 02 00 02 01 0F 15 A6 00
0010    05 01 FF FF 80 00 00 00 00 00
0020    5C FC FC 00 20 60 C0 40 00 00
0030    17 17 18 00 00 FF F0 19 19 1A
0040    19 19 07 29 08 9D 14 17 26 26
0050    26 68 69 69 68 68 0C FF FD 15
0060    9E FD 80 52 00 FF FF FF FF FF
0070    FF FF FF FF FF FF FF FF FF FF
0080    FF FF FF FF FF FF FF FF FF FF
0090    FF FF FF FF FF FF FF FF FF FF
0100    FF FF FF FF FF FF FF FF FF FF
0110    FF FF FF FF FF FF FF FF FF FF
0120    FF FF FF FF FF FF FF FF FF FF
0130    FF FF FF FF FF FF FF FF FF FF
0140    FF FF FF FF FF FF FF FF FF FF
0150    FF FF FF FF FF FF FF FF FF FF
0160    84 FF 84 84 FF 84 85 FF 84 86
0170    FF 84 86 FF 7F 86 FF 7F 86 FF
0180    7F 86 FF 7F 86 FF 7F 86 FF 7F
0190    86 FF 7F 86 FF 7F 86 FF 7F 86
0200    FF 7F 87 FF 7B 87 FF 7F 87 FF
0210    7A 86 FF 7A 86 FF 7A 86 FF 7A
0220    86 FF 7A 86 FF 7A 86 FF 7A 86
0230    FF 7A 86 FF 7A 86 FF 7B 85 FF
0240    7F 85 FF 7F 84 FF 7F 84 FF 7F
0250    84 FF 7F 84 FF 7F 85 FF 7F 85
0260    FF 83 85 FF 84 85 FF 85 85 FF
0270    86 84 FF 86 84 FF 86 84 FF 86
0280    84 FF 87 84 FF 86 84 FF 86 84
0290    FF 86 84 FF 89 87 FF 9C 90 FF
0300    96 9E FF AE 9A FF 42 A2 FF 00
0310    AE FF 0A B4 FF 3A AE FF 2E 9A
0320    FF 4E 84 FF 57 79 FF 5D 75 FF
0330    84 78 FF 7F 81 FF 86 8A FF 83
0340    8E FF 85 8C FF 7B 88 FF 77 84
0350    FF 75 81 FF 6C 7F FF 76 7F FF
0360    74 7F FF 74 7F FF 74 7F FF 72
0370    7F FF 72 82 FF 74 85 FF 75 86
0380    FF 7F 84 FF 7F FF FF FF FF FF
0390    FF FF FF FF FF FF FF FF FF FF
0400    FF FF FF FF FF FF FF FF FF FF
0410    FF FF FF FF FF FF FF FF FF FF
0420    FF FF FF FF FF FF FF FF FF FF
0430    FF FF FF FF FF FF FF FF FF FF
0440    FF FF FF FF FF FF FF FF FF FF
0450    FF FF FF FF FF FF FF FF FF FF
0460    FF FF FF FF FF FF FF FF FF FF
0470    FF FF FF FF FF FF FF FF FF FF
0480    FF FF FF FF FF FF FF FF FF FF
0490    00 00 00 00 00 00 00 00 00 00
                00 00 00

DID $33

0000    FF FF FF FF FF FF FF FF FF FF
0010    FF FF FF FF FF FF FF FF FF FF
0020    FF FF FF FF FF FF FF FF FF FF
0030    FF FF FF FF FF FF FF FF FF FF
0040    FF FF FF FF FF FF FF FF FF FF
0050    FF FF FF FF FF FF FF FF FF FF
```

 

```
0490    00 00 00 00 00 00 00 00 00 00

DID $32

0000    A5 E0 02 00 02 01 0F 15 A6 00
0010    05 01 FF FF 80 00 00 00 00 00
0020    5C FC FC 00 20 60 C0 40 00 00
0030    17 17 18 00 00 FF F0 19 19 1A
0040    19 19 07 29 08 9D 14 17 26 26
0050    26 68 69 69 68 68 0C FF FD 15
0060    9E FD 80 52 00 FF FF FF FF FF
0070    FF FF FF FF FF FF FF FF FF FF
0080    FF FF FF FF FF FF FF FF FF FF
0090    FF FF FF FF FF FF FF FF FF FF
0100    FF FF FF FF FF FF FF FF FF FF
0110    FF FF FF FF FF FF FF FF FF FF
0120    FF FF FF FF FF FF FF FF FF FF
0130    FF FF FF FF FF FF FF FF FF FF
0140    FF FF FF FF FF FF FF FF FF FF
0150    FF FF FF FF FF FF FF FF FF FF
0160    84 FF 84 84 FF 84 85 FF 84 86
0170    FF 84 86 FF 7F 86 FF 7F 86 FF
0180    7F 86 FF 7F 86 FF 7F 86 FF 7F
0190    86 FF 7F 86 FF 7F 86 FF 7F 86
0200    FF 7F 87 FF 7B 87 FF 7B 87 FF
0210    7A 86 FF 7A 86 FF 7A 86 FF 7A
0220    86 FF 7A 86 FF 7A 86 FF 7A 86
0230    FF 7A 86 FF 7A 86 FF 7B 85 FF
0240    7F 85 FF 7F 84 FF 7F 84 FF 7F
0250    84 FF 7F 84 FF 7F 85 FF 7F 85
0260    FF 83 85 FF 84 85 FF 85 85 FF
0270    86 84 FF 86 84 FF 86 84 FF 86
0280    84 FF 87 84 FF 86 84 FF 86 84
0290    FF 86 84 FF 89 87 FF 9C 90 FF
0300    96 9E FF AE 9A FF 42 A2 FF 00
0310    AE FF 0A B4 FF 3A AE FF 2E 9A
0320    FF 4E 84 FF 57 79 FF 5D 75 FF
0330    84 78 FF 7F 81 FF 86 8A FF 83
0340    8E FF 85 8C FF 7B 88 FF 77 84
0350    FF 75 81 FF 6C 7F FF 76 7F FF
0360    74 7F FF 74 7F FF 74 7F FF 72
0370    7F FF 72 82 FF 74 85 FF 75 86
0380    FF 7F 84 FF 7F FF FF FF FF FF
0390    FF FF FF FF FF FF FF FF FF FF
0400    FF FF FF FF FF FF FF FF FF FF
0410    FF FF FF FF FF FF FF FF FF FF
0420    FF FF FF FF FF FF FF FF FF FF
0430    FF FF FF FF FF FF FF FF FF FF
0440    FF FF FF FF FF FF FF FF FF FF
0450    FF FF FF FF FF FF FF FF FF FF
0460    FF FF FF FF FF FF FF FF FF FF
0470    FF FF FF FF FF FF FF FF FF FF
0480    FF FF FF FF FF FF 00 00 00 00
0490    00 00 00 00 00 00 00 00 00 00

DID $33

0000    FF FF FF FF FF FF FF FF FF FF
0010    FF FF FF FF FF FF FF FF FF FF
0020    FF FF FF FF FF FF FF FF FF FF
0030    FF FF FF FF FF FF FF FF FF FF
0040    FF FF FF FF FF FF FF FF FF FF
0050    FF FF FF FF FF FF FF FF FF FF
```

 

```
0060   FF FF FF FF FF FF FF FF FF FF
0070   FF FF FF FF FF FF FF FF FF FF
0080   FF FF FF FF FF FF FF FF FF FF
0090   FF FF FF FF FF FF FF FF FF FF
0100   FF FF FF FF FF FF FF FF FF FF
0110   FF FF FF FF FF FF FF FF FF FF
0120   FF FF FF FF FF FF FF FF FF FF
0130   FF FF FF FF FF FF FF FF FF FF
0140   FF FF FF FF FF FF FF FF FF FF
0150   FF FF FF FF FF FF FF FF FF FF
0160   FF FF FF FF FF FF FF FF FF FF
0170   FF FF FF FF FF FF FF FF FF FF
0180   FF FF FF FF FF FF FF FF FF FF
0190   FF FF FF FF FF FF FF FF FF FF
0200   FF FF FF FF FF FF FF FF FF FF
0210   FF FF FF FF FF FF FF FF FF FF
0220   FF FF FF FF FF FF FF FF FF FF
0230   FF FF FF FF FF FF FF FF FF FF
0240   FF FF FF FF FF FF FF FF FF FF
0250   FF FF FF FF FF FF FF FF FF FF
0260   FF FF FF FF FF FF FF FF FF FF
0270   FF FF FF FF FF FF FF FF FF FF
0280   FF FF FF FF FF FF FF FF FF FF
0290   FF FF FF FF FF FF FF FF FF FF
0300   FF FF FF FF FF FF FF FF FF FF
0310   FF FF FF FF FF FF FF FF FF FF
0320   FF FF FF FF FF FF FF FF FF FF
0330   FF FF FF FF FF FF FF FF FF FF
0340   FF FF FF FF FF FF FF FF FF FF
0350   FF FF FF FF FF FF FF FF FF FF
0360   FF FF FF FF FF FF FF FF FF FF
0370   FF FF FF FF FF FF FF FF FF FF
0380   FF FF FF FF FF FF FF FF FF FF
0390   FF FF FF FF FF FF FF FF FF FF
0400   FF FF FF FF FF FF FF FF FF FF
0410   FF FF FF FF FF FF FF FF FF FF
0420   FF FF FF FF FF FF FF FF FF FF
0430   FF FF FF FF FF FF FF FF FF FF
0440   FF FF FF FF FF FF FF FF FF FF
0450   FF FF FF FF FF FF FF FF FF FF
0460   FF FF FF FF FF FF FF FF FF FF
0470   FF FF FF FF FF FF FF FF FF FF
0480   FF FF FF FF FF FF 00 00 00 00
0490   00 00 00 00 00 00 00 00 00 00
```

## Disclaimer of Liability

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.