IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NICOLE HINSON, Individually and as Next Friend of C.H., a Minor, | § § § | |
| *Plaintiff*, | § § | Cause No. 2:15-cv-713-JRG-RSP |
| v. | § § | |
| DOREL JUVENILE GROUP, INC., a Massachusetts corporation | § § § | |
| *Defendant*. | § § | |

## VERDICT FORM

What sum of money, if any, should be assessed against Dorel Juvenile Group, Inc. and awarded to C.H. as exemplary damages for Dorel's gross negligence?

Answer in dollars and cents, if any.

Answer: $10,000,000

Signed this 17th day of June, 2016

_____
JURY FOREPERSON