# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NICOLE HINSON, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:15-CV-713-JRG-RSP |
| | § | |
| DOREL JUVENILE GROUP, INC. | § | |

## MINUTES FOR JURY TRIAL DAY FOUR
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### June 17, 2016

**OPEN: 8:09 a.m.**                                                                 **ADJOURN: 4:18 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | (See attached.) |
| ATTORNEYS FOR DEFENDANT: | (See attached.) |
| LAW CLERKS: | Emily Chen |
| | Alden Harris |
| | Matt Zorne |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| Time | Minutes |
|---|---|
| 8:09 a.m. | Hearing outside the presence of the Jury. Exhibits used prior day by both parties. Charge conference held. |
| 8:30 a.m. | Recess until 9:00 a.m. |
| 9:03 a.m. | Jury returned to courtroom. |
| 9:28 a.m. | Closing argument by Mr. Embry |
| 9:46 a.m. | Closing argument by Mr. Judge. |
| 10:13 a.m. | Rebuttal closing argument by Mr. Embry. |
| 10:33 a.m. | Jury retired to deliberate. |
| 11:25 a.m. | Jury note received and marked; discussion with counsel regarding exhibits responsive to request. |
| 11:37 a.m. | Exhibits and response delivered to the Jury. |
| 1:21 p.m. | Court reconvened. Jury Note No.2 received. |
| 1:23 p.m. | Court adjourned. |
| 1:51 p.m. | Court reconvened. Jury verdict received. Jury returned to the Courtroom. Jurors polled representing a unanimous verdict. |
| 2:01 p.m. | Jury excused pending the bifurcated trial pending bifurcated trial. Hearing outside the presence of the jury. |
| 2:02 p.m. | Adjourned. |

Page 2
June 17, 2016
Minutes

| | |
|---|---|
| 3:19 p.m. | Bifurcated portion of the trial. |
| 3:20 p.m. | Mr. Embry indicated that there would be no further witnesses called and that the Plaintiff would rely on the evidence submitted. Direct examination of Richard Glover by Mr. Schiltz. |
| 3:24 p.m. | Cross examination of Mr. Glover by Mr. Embry. |
| 3:26 p.m. | Bench conference. |
| 3:29 p.m. | Parties passed the witness. Defendant indicated no further witnesses. |
| 3:31 p.m. | Rebuttal case by Mr. Embry. Direct examination of Mr. Glover by Mr. Embry. |
| 3:33 p.m. | Cross examination of Mr. Glover by Mr. Schiltz |
| 3:34 p.m. | Redirect examination of Mr. Glover by Mr. Embry. |
| 3:36 p.m. | Parties rest. Jury excused |
| 3:37 p.m. | Hearing outside the presence of the Jury. |
| 3:40 p.m. | Charge conference. No objections by Plaintiff. Mr. Avey argued Defendant's objections to the charge. |
| 3:48 p.m. | Jury returned to the Courtroom for Charge and Closing arguments. Closing arguments by Mr. Embry and Mr. Judge. |
| 3:57 p.m. | Rebuttal argument by Mr. Embry. |
| 4:11 p.m. | Verdict reached |
| 4:12 p.m. | Jury returned to the Courtroom. Verdict read and Jury polled regarding the verdict. Court's final remarks to the Jury. Counsel excused. |
| 4:18 p.m. | Court adjourned. |