IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NICOLE HINSON, Individually and as Next Friend of C.H., a Minor, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOREL JUVENILE GROUP, INC., <br><br> *Defendant*. | § § § § § § § § § § § § § Case No. 2:15-cv-713-JRG-RSP |

## ORDER

The Court enters this Order *sua sponte*. The Court hereby **VACATES** the Judgment entered in this case on June 28, 2016 (Dkt. No. 172). Accordingly, Plaintiff's Opposed Motion to Alter or Amend the Court's Final Judgment (Dkt. No. 173) is **DISMISSED AS MOOT**.

The parties are **ORDERED** to meet and confer and submit a joint proposed judgment by filing the same with the Court no later than **July 14, 2016**. For any issues on which the parties do not agree, the submission shall set forth the competing proposals side-by-side within the same filing.

The parties are **ORDERED** to conduct post-trial mediation with the appointed Mediator in this case, such mediation to take place no later than **August 1, 2016**. Plaintiff shall participate in person at such mediation. Defendant shall participate at such mediation by and through a corporate officer, in prson, with full and unilateral authority to act for and bind Defendant. Further, any carrier or insurer for Defenadant with applicable coverage in this case shall participate in such mediation by and through a representative, in person, who shall have full and unilateral authority to act and bind such carrier within the full policy limits of any applicable coverage.

Should there be a failure to agree on the time, date and place of such mediation, the directives of the Mediator in any such regard shall control. No party or counsel shall exit the mediation without leave of the Mediator.  All counsel of record shall participate in person.

**So ORDERED and SIGNED this 30th day of June, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE