**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Nicole Hinson, Individually and as Next Friend of C.H., a minor and Cameron Hinson | § § § | |
| vs. | § § | CIVIL ACTION NO: 2:15-CV-00713-JRG-RSP |
| Dorel Juvenile Group, Inc. | § § | |

**MEDIATOR'S REPORT TO THE COURT**

This case was mediated at the Kendall Law Group in Dallas, Texas on Wednesday, July 27, 2016. All parties were present and participated. I am pleased to report to the court that all claims as to defendant Dorel Juvenile Group, Inc. have now been **RESOLVED.**

Signed this 28th day of July, 2016.

*/s/ Richard Grainger*
Richard Grainger, Mediator
State Bar No. 08286000
**LAW OFFICES OF RICHARD GRAINGER**
P. O. Box 491
Tyler, Texas 75710
903.595.3514
903.595.5360 fax e-mail:
graingerpc@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 28th day of July, 2016. Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Richard Grainger*
Richard Grainger