**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **NICOLE HINSON, Individually and as Next Friend of C.H, a Minor; and CAMERON HINSON, Texas Residents,** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **CASE NO.: 2:15-cv-713-JRG-RSP** |
| **DOREL JUVENILE GROUP, INC., a Massachusetts corporation** | § § § § | |
| **Defendant.** | § | |

## MEDIATOR'S REPORT TO THE COURT

A mediation report was submitted to the court by co-mediator Richard Grainger last week (see Document 188). Perhaps this report is unnecessary, but this is to report that I concur with the report of Richard Grainger in that this case was mediated at the Kendall Law Group in Dallas, Texas on Wednesday, July 27, 2016. All parties were present and participated. I am pleased to report to the court that all claims as to defendant Dorel Juvenile Group, Inc. have now been RESOLVED.

Signed this 2nd day of August, 2016.

Respectfully submitted,

/s/ Joe Kendall
JOE KENDALL
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
**THE KENDALL LAW GROUP, PLLC**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214-744-3000
Facsimile: 214-744-3015

## CERTIFICATE OF SERVICE

I certify a copy of this document was forwarded to counsel of record through the Court's ECF system on August 2, 2016.

/s/ Joe Kendall
Joe Kendall